# In The United States Court of Federal Claims

## Cover Sheet

06-568 C

Plaintiff(s) or Petitioner(s)
Daniel N. Noel

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Elizabeth Billhimer
Firm Name:
Post Office Box:
Street Address: 1440 New York Ave., NW
City-State-Zip: Washington, DC 20005
Telephone & Facsimile Numbers: Tel. (202) 371-7000; Fax (202) 393-5760

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 5 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D
See attached sheet for three-digit codes.

Amount Claimed: $ over $50,000 in disability retirement pay and related benefits
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.