# In the United States Court of Federal Claims

No. 06-568 C

(Filed: August 21, 2006)

***********************************
**DANIEL N. NOEL,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

The Court received Defendant's notice of appearance on August 17, 2006. Defendant, however, did not electronically file its notice even though this case has been designated, pursuant to General Order No. 42A, an CM/ECF case. Accordingly, the Clerk of the Court is directed to return the notice of appearance to Defendant for correction of the defect.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge