IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL, Plaintiff, | ) | No. 06-568 |
| v. | ) | (Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Claudia Burke, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Claudia Burke,
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 353-9063
Fax: (202) 514-7965

Attention: Classification Unit
8th Floor 1100 L Street, N.W.
Washington, DC 20530

s/ Claudia Burke

Claudia Burke
Commercial Litigation Branch
Civil Division
Department of Justice
Tele:(202) 353-9063
Fax: (202) 514-7965

August 21, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of August, 2006, a copy of the foregoing notice of appearance, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. I have also placed this “Notice of Appearance” in the mail (first class, postage prepaid) addressed to:

Elizabeth Billhimer
1440 New York Avenue, NW
Washington, D.C. 20005

s/ Claudia Burke