IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-568 |
| v. | ) | (Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 50-day enlargement of time, to and including November 21, 2006, within which to file its response to the complaint. Our response is currently due on October 2, 2006. This is defendant's first request for an enlargement of time for this purpose. The undersigned has contacted counsel for plaintiff who stated that Mr. Noel consents to this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of the Army, as required by 28 U.S.C. § 520. Agency counsel has stated that the Army is working diligently to complete the litigation report and that it will be provided to the undersigned as soon as possible.

Additionally, because this case involves a military pay issue, the Army must compile the administrative record. Army counsel has informed the undersigned that she will require

additional time within which to procure all the necessary material to complete the administrative record. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and record and for counsel to review the litigation report and the administrative record and prepare the Government's response to the complaint.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 514-7965

September 28th, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 28th day of September, 2006, a copy of the foregoing motion for enlargement, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Elizabeth Billhimer
Skadden
1440 New York Ave., NW
Washington, D.C. 20005

s/ Claudia Burke