**NO. 06-568C (Judge Damich)**

**IN THE UNITED STATES COURT OF THE FEDERAL CLAIMS**

**DANIEL N. NOEL,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

# DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

**PETER D. KEISLER**
**Assistant Attorney General**

**DAVID M. COHEN**
**Director**

**BRYANT G. SNEE**
**Assistant Director**

**CLAUDIA BURKE**
**Trial Attorney**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**Attn: Classification Unit, 8th Floor**
**1100 L St., N.W.**
**Washington, D.C. 20530**
**Tel: (202) 353-9063**
**Fax: (202) 514-7965**

**OF COUNSEL:**

**Major Rebecca Ausprung**
**United States Army Litigation Division**
**Military Personnel Branch**
**901 N. Stuart Street, Suite 400**
**Arlington, VA 22203-1837**
**Tel: (703) 696-1627**
**Fax: (703) 696-8126**

**November 21, 2006**

**Attorneys for Defendant**

# TABLE OF CONTENTS

DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD. . . . . . . . . . . . . . . . . . 1

STATEMENT OF THE ISSUES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF THE CASE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I. Nature Of The Case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II. Overview Of The Army Physical Disability Evaluation System. . . . . . . . . . . . . . . . 3

III. Overview Of The Statutory And Regulatory Framework For Disability Processing Of HIV. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

IV. Statement Of The Facts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

SUMMARY OF ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

I. The Court Lacks Jurisdiction Because Mr. Noel's Claims Are Barred By The Statute Of Limitations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

A. Standard of Review For A Motion To Dismiss. . . . . . . . . . . . . . . . . . . . . . 10

B. Mr. Noel Filed His Claim Outside The Statute Of Limitations . . . . . . . . . 11

1. The Decision Of The PEB Caused Mr. Noel's Cause Of Action To Accrue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

2. There Are No Conditions Which Deprive The PEB's Decision Of Finality. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

II. In The Alternative, The Court Should Grant Judgment Upon The Administrative Record In Favor Of The Government . . . . . . . . . . . . . . . . . . .14

A. Standard Of Review For Judgment Upon The Administrative Record. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

B. The Court's Review Of ABCMR Decisions Is Limited. . . . . . . . . . . . . . 15

C. The ABCMR's Decision To Deny Mr. Noel's Claim Was Reasonable, Lawful And Fully Substantiated By The Record. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

1. The ABCMR Appropriately Affirmed The 10 Percent Disability Rating Awarded By The PEB.. . . . . . . . . . . . . . . . . . . . 17

2. Mr. Noel Did Not Meet The Criteria For A 30 Percent Disability Rating. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

3. Mr. Noel Was Not Harmed By His Three Month Retention Upon The TDRL During the Pendency Of His Appeal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

4. The USAPDA Was Not Required To Forward Mr. Noel's Case To The APDAB.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

D. The ABCMR's Decision Upon Reconsideration Was Supported By Substantial Evidence. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

# TABLE OF AUTHORITIES

**CASES:** **PAGES:**


Aubre v. United States,
40 Fed. Cl. 371 (1998). . . . . . . . . . 11

Auer v. Robbins,
519 U.S. 452 (1997) . . . . . . . . . . 22

Bannum, Inc. v. United States,
404 F.3d 1346 (Fed. Cir. 2005). . . . . . . . . . 14, 15

Bernard v. United States,
59 Fed. Cl. 497 (2004). . . . . . . . . . passim

Bockoven v. United States,
727 F.2d 1558 (Fed. Cir.1984),
cert. denied, 469 U.S. 880 (1984). . . . . . . . . . 16

Booth v. United States,
990 F.2d 617 (Fed. Cir. 1993). . . . . . . . . . 10

Bricker v. United States,
36 Fed. Cl. 589 (1996). . . . . . . . . . 12, 13

Bruno v. United States,
214 Ct. Cl. 383 (1977). . . . . . . . . . 11

Catellus Development Corp. v. United States,
31 Fed. Cl. 399 (1994). . . . . . . . . . 10

Chambers v. United States,
417 F.3d 1218 (Fed. Cir. 2005). . . . . . . . . . 11

Colon v. United States,
71 Fed. Cl. 473 (2006). . . . . . . . . . 11

Doe v. United States,
66 Fed. Cl. 165 (2005). . . . . . . . . . 15

Dorl v. United States,
200 Ct. Cl. 626, 633 (1973),
cert. denied, 414 U.S. 1032 (1973). . . . . . . . . . 16

Friedman v. United States,
310 F.2d 381 (1962).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Fuller v. United States,
14 Cl. Ct. 542 (1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 12

Handy v. U.S. Postal Service,
754 F.2d 335 (Fed. Cir. 1985). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Hart v. United States,
910 F.2d 815 (Fed. Cir. 1990). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Hary v. United States,
223 Ct. Cl. 10, 17 (1980). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Heisig v. United States,
719 F.2d 1153 (Fed. Cir. 1983). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 17

Henke v. United States,
60 F.3d 795 (Fed. Cir. 1995). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Indium Corp. of America v. Semi-Alloys, Inc.,
781 F.2d 879 (Fed. Cir. 1985). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Koretsky v. United States,
57 Fed. Cl. 154 (2003). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Long v. United States,
12 Cl. Ct. 174 (1987).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Maier v. Orr,
754 F.2d 973, 984 (Fed. Cir. 1985). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Martinez v. United States,
333 F. 3d 1295 (Fed. Cir. 2003).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

McNutt v. General Motors Acceptance Corp. of Indiana,
298 U.S. 178 (1936).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Myers v. United States,
50 Fed. Cl. 674 (2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Orloff v. Willoughby,
345 U.S. 83 (1953).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Pomory v. United States,
39 Fed. Cl. 213 (1997). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 22

Real v. United States,
906 F.2d 1557, 1560 (1990). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Reynolds v. Army & Air Force Exch. Serv.,
846 F.2d 746 (Fed. Cir. 1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Rose v. United States,
35 Fed. Cl. 510 (1996). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Sanders v. United States,
219 Ct. Cl 285 (1979). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Scheuer v. Rhodes,
416 U.S. 232 (1974). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Skinner v. United States,
219 Ct. Cl 322 (1979). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Smith v. Nicholson,
451 F.3d 1344 (Fed. Cir. 2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Steiner v. United States,
9 Cl. Ct. 307 (1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Soriano v. United States,
352 U.S. 270 (1957). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Universal Camera Corp. v. N.L.R.B.,
340 U.S. 474 (1951). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Wronke v. Marsh,
787 F.2d 1569 (Fed. Cir. 1986),
cert. denied, 479 U.S. 853 (1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Wyatt v. United States,
23 Cl. Ct. 314, 319 (1991). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Zavialak v. United States,
29 Fed. Cl. 525 (1993). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

**STATUTES:**

10 U.S.C. § 1201 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

10 U.S.C. § 1203. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

10 U.S.C. § 1210(b). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22, 23

28 U.S.C. § 1491. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

28 U.S.C. § 2501 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 11

37 U.S.C. § 204 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

38 U.S.C. § 101. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

**REGULATIONS:**

38 C.F.R. § 4.88b. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6