# In the United States Court of Federal Claims

No. 06-568 C

(Filed: November 28, 2006)

| | |
|---|---|
| ************************************ | |
| **DANIEL N. NOEL,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

On November 21, 2006, Defendant submitted a paper motion for leave to file paper copies of the administrative record and appendix to the Clerk's office. However, the motion itself was improper because this case has been designated as an electronic case. Accordingly, the Clerk's office is hereby directed to return the motion, as well as the accompanying administrative record and appendix, to the Defendant unfiled. Defendant is hereby ORDERED to file its motion for leave (to file the administrative record and appendix in paper) electronically. In addition, because the administrative record and appendix are now overdue, Defendant must file–electronically–an accompanying request for leave to file out of time. Both such motions, which may be combined, shall be filed on or before **December 1, 2006**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge