IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-568<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE, OUT OF TIME, TO FILE THE ADMINISTRATIVE RECORD AND APPENDIX AND MOTION FOR LEAVE TO FILE PAPER COPIES OF THE ADMINISTRATIVE RECORD AND APPENDIX

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC") and this Court's order dated November 28, 2006, defendant, the United States, respectfully requests leave to file, out of time, paper copies of the administrative record and appendix. Our brief and administrative record were due on November 21, 2006. This is our first request for leave to file these documents out of time. The undersigned has contacted counsel for plaintiff who stated that Mr. Noel consents to this motion.

On November 21, 2006, we electronically filed our motion for judgment upon the agency record. However, because our appendix and administrative record were too voluminous to scan and file, we filed a motion for leave to file paper copies of them. We filed a paper copy of this motion for leave — attaching it to the paper copies of the appendix and administrative record.

On November 28, 2006, the Court issued an order notifying us that our motion for leave should have been filed electronically, not manually. The Court returned both our motion and our administrative record and appendix and ordered us to refile them with a motion for leave to file them out of time. The Court also ordered us to refile our motion for leave to file paper copies

electronically. The Court stated that these two motions could be combined.

We now respectfully request that the Court grant us leave to file our record and appendix out of time. We misunderstood the rules of this Court, believing incorrectly that a motion for leave to file paper copies should accompany the paper copies. We apologize for this error.

Also, for the reasons that we articulated in our first motion, pursuant to General Order No. 42A of the United States Court of Federal Claims, defendant, the United States, respectfully requests leave to file paper copies of the administrative record and appendix in this case. The administrative record contains approximately 500 pages and the appendix to the brief contains approximately 220 pages. These filings are too large to be scanned and filed in an efficient manner particularly since the CM/ECF system can only accept approximately 10-15 pages of scanned material in any one file. For this reason, we respectfully request that the Court allow us to file paper copies of the record and the appendix.

For these reasons, we respectfully request that the Court grant this motion for leave to file, out of time, our appendix and administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee / by s/ Patricia M. McCarthy
BRYANT G. SNEE
Assistant Director

s/ Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 514-7965

November 30, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 30th day of November, 2006, a copy of the foregoing motion for leave, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Elizabeth Billhimer
Skadden
1440 New York Ave., NW
Washington, D.C. 20005

s/ Claudia Burke