IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-568C |
| v. | ) | Edward J. Damich, Chief Judge |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE PAPER COPIES OF PLAINTIFF'S APPENDIX**

Pursuant to General Order 42A of the United States Court of Federal Claims, Plaintiff, Daniel N. Noel, respectfully requests leave to file paper copies of Plaintiff's Appendix in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Or In the Alternative, Motion for Judgment Upon the Administrative Record, and Plaintiff's Cross-Motion for Judgment Upon the Administrative Record. The Appendix contains over 200 pages and is too large to be scanned and filed electronically in an efficient manner, particularly since the CM/ECF system can only accept approximately 10-15 scanned pages of material in any one file.

For this reason, Plaintiff respectfully requests that the Court grant this motion authorizing Plaintiff to file paper copies of the appendix.

Respectfully submitted this 22nd day of December 2006.

s/Elizabeth Clements Billhimer

Elizabeth Clements Billhimer
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7206 Telephone
(202) 661-0546 Facsimile
ebillhim@probonolaw.com

*Attorney of Record for Plaintiff*