# EXHIBIT B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-568C |
| v. | ) | Edward J. Damich, Chief Judge |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO**
**SUPPLEMENT THE ADMINISTRATIVE RECORD**

Having considered Plaintiff's Motion to Supplement the Administrative Record, and the response from the Defendant thereto, the Motion is GRANTED and it is hereby ORDERED that the Administrative Record is supplemented with the documents attached to Plaintiff's Motion to Supplement.

______________________________

Honorable Edward J. Damich
Chief Judge