IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL, Plaintiff, | ) | No. 06-568 |
| v. | ) | (Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including January 22, 2007, within which to file its response to the motion to supplement the record. Our response is currently due on January 9, 2007. This is our first request for an enlargement of time for this purpose. The undersigned has contacted counsel for plaintiff who stated that Mr. Noel consents to this motion.

The enlargement is requested for the following reason. On December 22, 2007, plaintiff, Daniel Noel, filed his response to our motion for judgment upon the agency record, his own motion for judgment upon the agency record, and a motion to supplement the record. Both the undersigned and counsel for the agency, the Department of the Army, were out of the office from December 25, 2006 through January 3, 2007 and were unable to devote the

required time to Mr. Noel's motion to supplement the record.[1] Additionally, it will be helpful if we are permitted to consider Mr. Noel's request while we prepare our response to Mr. Noel's motion for judgment upon the agency record, which is due on January 22, 2007.

Additionally, in the United States Court of Appeals for the Federal Circuit, counsel has been engaged in the preparation for oral argument in NSK Ltd. v. United States, Fed. Cir. No. 05-1296, scheduled for January 12, 2007.

In this Court, counsel has been engaged in the preparation of the Government's reply brief in Arbitraje Casa De Cambio v. United States, Fed. Cl. No. 05-217, filed on January 3, 2007, argument to be held January 12, 2007.

For these reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

---

[1] The Government was closed on December 25, 2006, January 1, 2007, and January 2, 2007.

s/Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 514-7965

January 5th, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 5th day of January, 2007, a copy of the foregoing motion for enlargement, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Elizabeth Billhimer
Skadden
1440 New York Ave., NW
Washington, D.C. 20005

s/ Claudia Burke