# In the United States Court of Federal Claims

No. 06-568 C

(Filed: January 8, 2007)

| | |
|---|---|
| ********************************** | |
| **DANIEL N. NOEL,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On December 22, 2006, Plaintiff filed a motion for leave to file paper copies of Plaintiff's Appendix in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Or In the Alternative, Motion for Judgment Upon the Administrative Record, and Plaintiff's Cross-Motion for Judgment Upon the Administrative Record.

Plaintiff's motion is hereby DENIED. For assistance with filing the Appendix via the court's case management/electronic case filing system (CM/ECF), Plaintiff should contact the court via the CM/ECF User Assistance Line at (866) 784-6273 or (202) 357-6402.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge