# In the United States Court of Federal Claims

No. 06-568 C

(Filed: January 8, 2007)

```
***********************************
DANIEL N. NOEL,                    *
                                   *
                 Plaintiff,        *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
                                   *
***********************************
```

**ORDER**

On January 5, 2007, Defendant filed an unopposed motion to enlarge the time in which to file its response to Plaintiff's motion to supplement the administrative record. The Court hereby GRANTS Defendant's motion. Defendant shall file its response to Plaintiff's motion to supplement the administrative record on or before **January 22, 2007**.

Additionally, Defendant's response to Plaintiff's motion for judgment upon the agency record is hereby STAYED pending the Court's resolution of Plaintiff's motion to supplement the administrative record. Defendant shall file its response to the motion for judgment upon the agency record no later than 14 days after the Court issues its decision on the motion to supplement the administrative record.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge