# TAB

# D2

## E3.P3. ENCLOSURE 3 PART 3

## STANDARDS FOR DETERMINING UNFITNESS DUE TO PHYSICAL DISABILITY OR MEDICAL DISQUALIFICATION

E3.P3.1. Uniformity of Standards.

The standards listed within this instruction for determining unfitness due to physical disability shall be strictly adhered to, unless exceptions are approved by the Under Secretary of Defense for Personnel and Readiness based upon the unique needs of the respective Military Department.

E3.P3.2. General Criteria for Making Unfitness Determinations

E3.P3.2.1. A Service member shall be considered unfit when the evidence establishes that the member, due to physical disability, is unable to reasonably perform the duties of his or her office, grade, rank, or rating (hereafter called duties) to include duties during a remaining period of Reserve obligation.

E3.P3.2.2. In making a determination of a member's ability to so perform his/her duties, the following criteria may be included in the assessment:

E3.P3.2.2.1. The medical condition represents a decided medical risk to the health of the member or to the welfare of other members were the member to continue on active duty or in an Active Reserve status.

E3.P3.2.2.2. The medical condition imposes unreasonable requirements on the military to maintain or protect the member.

E3.P3.2.2.3. The Service member's established duties during any remaining period of reserve obligation.

E3.P3.3. Relevant Evidence.

All relevant evidence will be considered in assessing Service member fitness, including the circumstances of referral. To reach a finding of unfit, the PEB must be satisfied that the information it has before it supports a finding of unfitness.

E3.P3.3.1. Referral Following Illness or Injury. When referral for physical disability evaluation immediately follows acute, grave illness or injury, the medical

evaluation may stand alone, particularly if medical evidence establishes that continued service would be deleterious to the Service member's health or is not in the best interests of the respective Service.

E3.P3.3.2. Referral For Chronic Impairment. When a Service member is referred for physical disability evaluation under circumstances other than as described in subsection E3.P3.3.1., above, evaluation of the member's performance of duty by supervisors as indicated, for example, by letters, efficiency reports, credential reports, status of physician medical privileges, or personal testimony may provide better evidence than a clinical estimate by a physician of the Service member's ability to perform his or her duties. Particularly in cases of chronic illness, these documents may be expected to reflect accurately a member's capacity to perform.

E3.P3.3.3. Adequate Performance Until Referral. If the evidence establishes that the Service member adequately performed his or her duties until the time the Service member was referred for physical evaluation, the member may be considered fit for duty even though medical evidence indicates questionable physical ability to continue to perform duty.

E3.P3.3.4. Cause and Effect Relationship. Regardless of the presence of illness or injury, inadequate performance of duty, by itself, shall not be considered as evidence of unfitness due to physical disability unless it is established that there is a cause and effect relationship between the two factors.

E3.P3.4. Reasonable Performance of Duties

E3.P3.4.1. Considerations. Determining whether a member can reasonably perform his or her duties includes consideration of:

E3.P3.4.1.1. Common Military Tasks. The member, due to physical disability, is unable to reasonably perform the duties of his or her office, grade, rank, or rating (hereafter called duties) to include during a remaining period of Reserve obligation. For example, whether the member is routinely required to fire his or her weapon, perform field duty, or to wear load bearing equipment or protective gear.

E3.P3.4.1.2. Physical Fitness Test. Whether the member is medically prohibited from taking the respective Service's required physical fitness test. When an individual has been found fit by a PEB for a condition which prevents the member from taking the Service physical fitness test, the inability to take the physical fitness test shall not form the basis for an adverse personnel action against the member.

E3.P3.4.1.3. Deployability. When a Service member's office, grade, rank or rating requires deployability, whether a member's medical condition(s) prevents positioning the member individually or as part of a unit with or without prior notification to a location outside the Continental United States. Inability to perform the duties of his or her office, grade, rank, or rating in every geographic location and under every conceivable circumstance will not be the sole basis for a finding of unfitness. When deployability is used by a Service as a consideration to determine fitness, the standard must be applied uniformly to both the Active and Reserve components of that Service.

E3.P3.4.1.4. Special Qualifications. For members whose medical condition causes loss of qualification for specialized duties, whether the specialized duties comprise the member's current duty assignment; or the member has an alternate branch or specialty; or whether reclassification or reassignment is feasible.

E3.P3.4.2. General, Flag, and Medical Officers. An officer in pay grade 0-7 or higher or a medical officer in any grade shall not be determined unfit because of physical disability if the member can be expected to perform satisfactorily in an assignment appropriate to his or her grade, qualifications, and experience. Thus, the inability to perform specialized duties or the fact the member has a condition which is cause for referral to a PEB is not justification for a finding of unfitness.

E3.P3.4.3. Members on Permanent Limited Duty. A member previously determined unfit and continued in a permanent limited duty status or otherwise continued on active duty, will normally be found unfit at the expiration of his or her period of continuation. However, the member may be determined fit when the member's condition has healed or improved so that the member would be capable of performing his or her duties in other than a limited duty status.

E3.P3.4.4. Overall Effect. A member may be determined unfit as a result of the overall effect of two or more impairments even though each of them, standing alone, would not cause the member to be referred into the DES or be found unfit because of physical disability.

E3.P3.5. Presumption of Fitness

E3.P3.5.1. Application. Except for Service members previously determined unfit and continued in a permanent limited duty status, Service members who are pending retirement at the time they are referred for physical disability evaluation

enter the DES under a rebuttable presumption that they are physically fit. The DES compensates disabilities when they cause or contribute to career termination. Continued performance of duty until a Service member is approved for length of service retirement creates a rebuttable presumption that a Service member's medical conditions have not caused career termination.

E3.P3.5.2. Presumptive Period. Service members shall be considered to be pending retirement when the dictation of the member's MEB occurs after any of the circumstances designated in paragraphs E3.P3.5.2.1. through E3.P3.5.2.4., below.

E3.P3.5.2.1. When a member's request for voluntary retirement has been approved. Revocation of voluntary retirement orders for purposes of referral into the DES does not negate application of the presumption.

E3.P3.5.2.2. An officer has been approved for Selective Early Retirement.

E3.P3.5.2.3. An officer is within 12 months of mandatory retirement due to age or length of service.

E3.P3.5.2.4. An enlisted member is within 12 months of his or her retention control point (RCP) or expiration of active obligated service (EAOS) but will be eligible for retirement at his or her RCP/EAOS.

E3.P3.5.3. Overcoming the Presumption. The presumption of fitness rule shall be overcome when:

E3.P3.5.3.1. Within the presumptive period an acute, grave illness or injury occurs that would prevent the member from performing further duty if he or she were not retiring; or

E3.P3.5.3.2. Within the presumptive period a serious deterioration of a previously diagnosed condition, to include a chronic condition, occurs and the deterioration would preclude further duty if the member were not retiring; or

E3.P3.5.3.3. The condition for which the member is referred is a chronic condition and a preponderance of evidence establishes that the member was not performing duties befitting either his or her experience in the office, grade, rank, or rating before entering the presumptive period. When there has been no serious deterioration within the presumptive period, the ability to perform duty in the future shall not be a consideration.

E3.P3.6. Evidentiary Standards for Determining Unfitness Because of Physical Disability

E3.P3.6.1. Factual Finding. A factual finding that a Service member is unfit because of physical disability depends on the evidence that is available to support that finding. The quality of evidence is usually more important than quantity. All relevant evidence must be weighted in relation to all known facts and circumstances which prompted referral for disability evaluation. Findings will be made on the basis of objective evidence in the record as distinguished from personal opinion, speculation, or conjecture. When the evidence is not clear concerning a Service member's fitness, an attempt will be made to resolve doubt on the basis of further objective investigation, observation, and evidence. Benefit of unresolved doubt shall be resolved in favor of the fitness of the Service member under the rebuttable presumption that the member desires to be found fit for duty.

E3.P3.6.2. Preponderance of Evidence. Findings about fitness or unfitness for Military Service shall be made on the basis of preponderance of the evidence. Thus, if a preponderance (that is, more than 50 percent) of the evidence indicates unfitness, a finding to that effect will be made. If, on the other hand, a preponderance of the evidence indicates fitness, the Service member may not be separated or retired by reason of physical disability.

## E3.P4. ENCLOSURE 3 PART 4

## STANDARDS FOR DETERMINING COMPENSABLE DISABILITIES

E3.P4.1. Overview of Compensable Criteria.

Members who are determined unfit under the standards of Part 3 shall be retired or separated with disability benefits when:

E3.P4.1.1. The physical disability is not the result of the member's intentional misconduct or willful neglect and was not incurred during a period of unauthorized absence or excess leave; and, either:

E3.P4.1.1.1. The physical disability was incurred or aggravated while:

E3.P4.1.1.1.1. A member of a regular component of the armed forces entitled to basic pay.

E3.P4.1.1.1.2. Any other member of the armed forces entitled to basic pay who has been called or ordered to active duty (other than for training under 10 U.S.C. 10148(a), reference (b)) for a period of more than 30 days.

E3.P4.1.1.1.3. Any other member of the armed forces, after September 23, 1996, who is on active duty but is not entitled to basic pay by reason of 37 U.S.C. 502(b) (reference (d)), due to authorized absence to participate in an educational program, or for an emergency purpose, as determined by the Secretary concerned; or

E3.P4.1.1.2. The physical disability was the proximate result of, or was incurred in line of duty after September 23, 1996, as a result of:

E3.P4.1.1.2.1. Performing active duty, annual training, active duty for training, or other full time duty under a call or order that specifies a period of 30 days or less.

E3.P4.1.1.2.2. Performing IDT, to include IDT for points only, other than work or study in connection with a correspondence course of a Uniformed Service.

E3.P4.1.1.2.3. Traveling directly to or from the place of active duty or IDT.

E3.P4.1.1.2.4. After September 23, 1996, an injury, illness, or disease

incurred or aggravated while remaining overnight, between successive periods of inactive duty training, at or in the vicinity of the site of the inactive duty training if the site is outside reasonable commuting distance from the member's residence.

E3.P4.2. Proximate Result

E3.P4.2.1. The DES shall make a determination of proximate result on Reserve component cases when:

E3.P4.2.1.1. The member is not currently on a call to active duty of more than 30 days; and

E3.P4.2.1.2. The unfitting disability was not incurred or aggravated while the member was on an a call to active duty of more than 30 days; and

E3.P4.2.1.3. The unfitting disability may have been incurred or aggravated while the member was performing duty of 30 days or less as specified in subsection E3.P4.1.1.1.3., above.

E3.P4.2.2. A disability shall be deemed the proximate result of performing duty when it is a direct consequence of an occurrence during any of the periods of duty specified in subsection E3.P4.1.1.1.3., above. All facts, circumstances, and laws on a particular case must be considered.

E3.P4.3. Applicable Statute for Reserve Component Members.

A Reserve component member shall be adjudicated under the statutory provisions applicable to his or her duty status at the time of onset or aggravation of the condition for which the member is determined unfit. This means a Ready Reserve member not on extended active duty at the time of his or her referral into the DES, but who is determined unfit for a disability incurred or aggravated while the member was on a call to active duty of more than 30 days, comes under the provisions of 10 U.S.C. 1201 - 10 U.S.C. 1203 and not 10 U.S.C. 1204 - 1206 (reference (b)). In such a situation, "in line of duty while entitled to basic pay" rather than "proximate result" is the applicable statutory requirement for entitlement to disability compensation.

E3.P4.4. Line of Duty Requirements.

In the DES, line of duty determinations assist the PEB and appellate review authority

in meeting the statutory requirements under Chapter 61 of reference (b) for separation or retirement for physical disability.

E3.P4.4.1. Uses. Line of duty determinations, when required, shall be used during physical disability evaluation to establish the following:

E3.P4.4.1.1. Whether the disability was incurred or aggravated while the member was in a duty status.

E3.P4.4.1.2. Whether the disability of a Reserve component member was incurred or aggravated while the member was on extended active duty or performing active duty of 30 days or less, while traveling directly to or from the place of active duty or IDT or while remaining overnight, between successive periods of IDT, at or in the vicinity of the site of the IDT if the site is outside reasonable commuting distance from the member's residence.

E3.P4.4.1.3. Relationship of the Line of Duty (LOD) determinations shall be made in accordance with the regulations of the respective Military Department. When an LOD determination is required, the PEB shall consider the findings made for those issues mutually applicable to the LOD and PEB determinations. These issues include whether a condition is pre-existing and whether it is aggravated by Service and any issues of misconduct or negligence. If the PEB determines the LOD determination is contradictory to the evidence, physical disability evaluation may be suspended for a review of the LOD in accordance with Service regulations.

E3.P4.4.1.4. Whether the disability is the result of the member's intentional misconduct or willful neglect, or was incurred during a period of unauthorized absence.

E3.P4.4.2. Relationship of Line of Duty Findings to DES Determinations

E3.P4.4.2.1. Line of duty determinations shall be made under the regulations of the respective Military Department. When a line of duty determination is required, the DES shall consider the finding made for those issues mutually applicable to line of duty and DES determinations.

E3.P4.4.2.2. When the DES has reasonable cause to believe a line of duty finding appears to be contrary to the evidence, physical disability evaluation shall be suspended for review of the line of duty determination according to Service regulations. The PEB or appellate review authority shall forward the case to the final line of duty reviewing authority designated by the Secretary of the Military

Department with a memorandum documenting the reasons for questioning the line of duty finding.

E3.P4.4.2.3. The facts recorded in a line of duty investigation shall be considered in making the proximate result determination when applicable to Reserve component cases. However, the DES, not line of duty investigations, determines proximate result.

E3.P4.4.3. Referral Requirement. When a line of duty determination is required, it shall be accomplished before the forwarding of a Service member's case to the PEB. However, when the case is being processed under imminent death procedures and a line of duty is required, the PEB may commence adjudication of the case pending receipt of the completed line of duty. (Refer to Part 1, subsection E3.P1.6.4.)

E3.P4.4.4. Presumptive Determinations. The line of duty determination is presumed to be in the line of duty without an investigation in the case of:

E3.P4.4.4.1. Disease, except as described in paragraphs E3.P4.5.5.1. and E3.P4.5.5.5., below.

E3.P4.4.4.2. Injuries clearly incurred as a result of enemy action or attack by terrorists.

E3.P4.4.4.3. Injuries while a passenger in common commercial or military carriers.

E3.P4.4.5. Required Determinations. At a minimum, line of duty determinations shall be required in the circumstances listed in paragraphs E3.P4.4.5.1. through E3.P4.4.5.5., below.

E3.P4.4.5.1. Injury, disease, or medical condition that occurs under strange or doubtful circumstances or may be due to the member's intentional misconduct or willful negligence; e.g., motor vehicle accidents.

E3.P4.4.5.2. Injury involving the abuse of alcohol or other drugs.

E3.P4.4.5.3. Self-inflicted injury.

E3.P4.4.5.4. Injury or disease possibly incurred during a period of unauthorized absence.

E3.P4.4.5.5. Injury or disease is apparently incurred during a course of conduct for which charges have been preferred under the Uniform Code of Military Justice (UCMJ)(reference (j)).

E3.P4.4.5.6. Injury, illness, or disease of a Ready Reserve member while performing duty of 30 days or less or while traveling directly to or from the place at which such duty is performed or while remaining overnight, between successive periods of IDT, at or in the vicinity of the site of the IDT if the site is outside reasonable commuting distance from the member's residence.

E3.P4.5. <u>Evidentiary Standards for Determining Compensability of Unfitting Conditions</u>

E3.P4.5.1. <u>Misconduct and Negligence</u>. Line of duty determinations concerning intentional misconduct and willful negligence shall continue to be judged by the evidentiary standards established by the Secretary of the Military Department.

E3.P4.5.2. <u>Presumptions for Members on Ordered Active Duty of More Than 30 days</u>. The presumptions listed in paragraphs E3.P4.5.2.1. through E3.P4.5.2.3., below, apply to members on orders to active duty of more than 30 days for purposes of determining whether an impairment was incurred or aggravated while a member was entitled to basic pay.

E3.P4.5.2.1. <u>At Time of Entry</u>. A Service member is presumed to have been in sound physical and mental condition upon entering active duty except for medical defects and physical disabilities noted and recorded at the time of entrance.

E3.P4.5.2.2. <u>After Entry</u>

E3.P4.5.2.2.1. <u>Presumption</u>. Any injury or disease discovered after a Service member enters active duty -- with the exception of congenital and hereditary conditions -- is presumed to have been incurred in the line of duty;

E3.P4.5.2.2.2. <u>Hereditary and/or Genetic Diseases</u>. Any hereditary and/or genetic disease shall be presumed to have been incurred prior to entry into active duty. However, any aggravation of that disease, incurred in the line of duty, beyond that determined to be due to natural progression shall be deemed service aggravated.

E3.P4.5.2.3. Presumption of Aggravation. The presumption that a disease is incurred or aggravated in the line of duty may only be overcome by competent medical evidence establishing by a preponderance of evidence that the disease was clearly neither incurred nor aggravated while serving on active duty or authorized training. Such medical evidence must be based upon well-established medical principles, as distinguished from personal medical opinion alone. Preponderance of evidence is defined as that degree of proof necessary to fully satisfy the board members that there is greater than a 50% probability that the disease was neither incurred during nor aggravated by military service.

E3.P4.5.3. Prior Service Impairments. Any medical condition incurred or aggravated during one period of service or authorized training in any of the Armed Forces that recurs or is aggravated during later service or authorized training, regardless of the time between, should normally be considered incurred in the line of duty provided the condition or subsequent aggravation was not the result of the member's misconduct or willful negligence. In those cases in which the service member reverts to a civilian status after the condition is incurred, the service member must prove by a preponderance of evidence that the medical condition was incurred or aggravated in the line of duty and was not due to intentional misconduct or willful negligence.

E3.P4.5.4. Conditions Presumed to be Pre-Existing. Occurrence of disease as described in paragraphs E3.P4.5.4.1. and E3.P4.5.4.2., below, shall be presumed to have existed prior to entry into Military Service.

E3.P4.5.4.1. Signs or symptoms of chronic disease identified so soon after the day of entry on Military Service (usually within 180 days) that the disease could not have originated in that short a period will be accepted as proof that the disease manifested prior to entrance into active Military Service.

E3.P4.5.4.2. Signs or symptoms of communicable disease within less than the medically recognized minimum incubation period after entry on active Service will be accepted as evidence that the disease existed prior to Military Service.

E3.P4.5.5. Medical waivers. Members who entered the Service with a medical waiver for a pre-existing condition and who are subsequently determined unfit for the condition shall not be entitled to disability separation or retired pay unless Military Service permanently aggravated the condition or hastened the condition's rate of natural progression. Members granted medical waivers shall be advised of this

provision at the time the waiver is granted.

E3.P4.5.6. Treatment of Pre-Existing Conditions. Generally recognized risks associated with treating preexisting conditions shall not be considered service aggravation.

E3.P4.6. Rating disabilities.

When a disability is established as compensable, the disability shall be rated according to the VASRD, as implemented by DoD Instruction 1332.39 (reference (i)) and federal law.

# E3.P5. ENCLOSURE 3 PART 5

## ADMINISTRATIVE DETERMINATIONS

E3.P5.1. Administrative Determinations for Purposes of Employment under Federal Civil Service.

Physical disability evaluation shall include a recommendation or final decision and supporting documentation on whether the injury or disease that makes the member unfit or that contributes to unfitness was incurred in combat with an enemy of the United States; or was the result of armed conflict; or was caused by an instrumentality of war during a period of war. (These determinations pertain to whether a military retiree later employed under Federal Civil Service is entitled to the following benefits: credit of military service towards a Federal Civil Service retirement under 5 U.S.C. 8332; retention preference under 5 U.S.C. 3502; exemption from the dual compensation provisions of 5 U.S.C. 5532; and credit of military service for Civil Service annual leave accrual under 5 U.S.C. 6303) (reference (c)).

E3.P5.1.1. Incurred in Combat with an Enemy of the United States (5 U.S.C. 8332)(Reference (c)). The physical disability is a disease or injury incurred in line of duty in combat with an enemy of the United States as defined by the U.S. State Department.

E3.P5.1.2. Armed conflict (5 U.S.C. 3502, 5532, 6303)(Reference (c)). The physical disability is a disease or injury incurred in the line of duty as a direct result of armed conflict. The fact that a member may have incurred a disability during a period of war or in an area of armed conflict, or while participating in combat operations is not sufficient to support this finding. There must be a definite causal relationship between the armed conflict and the resulting unfitting disability.

E3.P5.1.2.1. Armed conflict includes a war, expedition, occupation of an area or territory, battle, skirmish, raid, invasion, rebellion, insurrection, guerrilla action, riot, or any other action in which Service members are engaged with a hostile or belligerent nation, faction, force, or terrorists.

E3.P5.1.2.2. Armed conflict may also include such situations as incidents involving a member while interned as a prisoner of war or while detained against his or her will in custody of a hostile or belligerent force or while escaping or attempting to escape from such confinement, prisoner of war, or detained status.

E3.P5.1.3. Instrumentality of War During a Period of War (5 U.S.C 3502, 5532, 6303, 8332 (Reference (c)). The injury or disease is caused by an instrumentality of war (see definitions in enclosure 2) and incurred in the line of duty during a period of war as defined in 38 U.S.C. 101 and 302 U.S.C. (reference (k)) and makes the member unfit. Applicable periods are:

E3.P5.1.3.1. World War II. The period beginning 7 December 1941 and ending 31 December 1946 and any period of continuous service performed after 31 December 1946 and before 26 July 1947 if such period began before 1 January 1947.

E3.P5.1.3.2. Korea. The period beginning 27 June 1950 and ending 31 January 1955.

E3.P5.1.3.3. Vietnam. The period beginning 5 August 1964 and ending 7 May 1975. The "Dominican Intervention" occurred during this period.

E3.P5.1.3.4. Persian Gulf. The period beginning 2 August 1990 through date to be prescribed by Presidential proclamation or law.

E3.P5.2. Determinations for Federal Tax Benefits.

Physical disability evaluation shall include a determination and supporting documentation on whether the member's physical disability compensation is excluded from Federal gross income under 26 U.S.C. 104 (reference (f)). For compensation to be excluded, the member must meet either of the criteria listed in subsection E3.P5.2.1. or E3.P5.2.2., below.

E3.P5.2.1. Status. On 24 September 1975 the individual was a member of the Armed Forces, to include the Reserve components, the National Oceanic and Atmospheric Administration (NOAA and formerly the Coast and Geodetic Survey), the U.S. Public Health Service, or was under binding written agreement to become such a member.

E3.P5.2.1.1. A Service member who was a member of an Armed Force of another country on that date is entitled to the exclusion.

E3.P5.2.1.2. A Service member who was a contracted cadet of the Reserve Officers Training Corps on that date is entitled to the exclusion.

E3.P5.2.1.3. Entitlement to the exclusion is based solely on the member's status on that date. A member who separates from the Service after that date and incurs a disability during a subsequent enlistment is entitled to the exclusion.

E3.P5.2.2. <u>Combat-related</u>. This standard covers those injuries and diseases attributable to the special dangers associated with armed conflict or the preparation or training for armed conflict. A physical disability shall be considered combat-related if it makes the member unfit or contributes to unfitness and was incurred under any of the circumstances listed in paragraphs E3.P5.2.2.1. through E3.P5.2.2.4., below.

E3.P5.2.2.1. As a direct result of armed conflict. The criteria are the same as in paragraph E3.P5.1.2., above.

E3.P5.2.2.2. While engaged in hazardous service. Such service includes, but is not limited to, aerial flight duty, parachute duty, demolition duty, experimental stress duty, and diving duty.

E3.P5.2.2.3. Under conditions simulating war. In general, this covers disabilities resulting from military training, such as war games, practice alerts, tactical exercises, airborne operations, leadership reaction courses; grenade and live fire weapons practice; bayonet training; hand-to-hand combat training; repelling, and negotiation of combat confidence and obstacle courses. It does not include physical training activities, such as calisthenics and jogging or formation running and supervised sports.

E3.P5.2.2.4. Caused by an instrumentality of war. Incurrence during a period of war is not required. A favorable determination is made if the disability was incurred during any period of service as a result of such diverse causes as wounds caused by a military weapon, accidents involving a military combat vehicle, injury, or sickness caused by fumes, gases, or explosion of military ordnance, vehicles, or material. However, there must be a direct causal relationship between the instrumentality of war and the disability. For example, an injury resulting from a Service member falling on the deck of a ship while participating in a sports activity would not normally be considered an injury caused by an instrumentality of war (the ship) since the sports activity and not the ship caused the fall. The exception occurs if the operation of the ship caused the fall.

## E3.P6. ENCLOSURE 3 PART 6

## TDRL MANAGEMENT

E3.P6.1. Placement on the TDRL.

Service members shall be placed on the TDRL when they would be qualified for permanent disability retirement but for the fact that the member's disability is not determined to be of a permanent nature and stable.

E3.P6.1.1. A disability shall be considered unstable when the preponderance of medical evidence establishes that accepted medical principles indicates the severity of the condition will change within the next five years so as to result in an increase or decrease of the disability rating percentage or a finding of fit.

E3.P6.1.2. Except for cases processed under imminent death procedures, members with unstable conditions rated at a minimum of 80 percent and which are not expected to improve to less than an 80% rating, shall be permanently retired.

E3.P6.2. TDRL Reevaluation

E3.P6.2.1. Administrative Finality. During TDRL reevaluation, previous determinations concerning application of any presumption established by this Instruction, line of duty, misconduct, proximate result, and whether a medical impairment was service-incurred or preexisting and aggravated shall be considered administratively final for those conditions for which the member was placed on the TDRL unless there is evidence of fraud; a change of diagnosis that warrants the application of accepted medical principles for a preexisting condition; or correction of error in favor of the member.

E3.P6.2.2. New Diagnoses. A fitness and compensable determination shall be made on all diagnoses presenting during the period of TDRL evaluation. When a member is determined fit for the condition for which he or she was placed on the TDRL, but unfit for a noncompensable condition incurred while on the TDRL, the member shall be separated from the TDRL without entitlement to disability benefits.

E3.P6.2.3. Member Medical Records. The Service member shall provide to the examining physician, for submission to the PEB, copies of all his or her medical records (civilian, Department of Veterans Affairs, and all military medical records) documenting treatment since the last TDRL reevaluation.

E3.P6.2.4. Compensability of New Diagnoses. Conditions newly diagnosed during TDRL periodic physical examinations shall be compensable when:

E3.P6.2.4.1. The condition is unfitting; and

E3.P6.2.4.2. The condition was caused by the condition for which the member was placed on the TDRL, or directly related to its treatment; or

E3.P6.2.4.3. The evidence of record establishes that the condition was either incurred while the member was entitled to basic pay or as the proximate result of performing duty, whichever is applicable, and was an unfitting disability at the time the member was placed on the TDRL. Otherwise, such conditions shall be deemed unfitting due to the natural progression of the condition and noncompensable under Chapter 61 of 10 U.S.C. (reference (b)), although the member may be eligible for benefits for these conditions under the DVA.

E3.P6.2.5. Current Physical Examination. Service members on the TDRL shall not be entitled to permanent retirement or separation with disability severance pay without a current TDRL or DVA periodic physical examination acceptable to the Service Secretary.

E3.P6.2.6. Refusal or Failure to Report. As provided under Chapter 61 of reference (b), when a Service member on the TDRL refuses or fails to report for a required periodic physical examination or to provide his or her medical records in accordance with Enclosure 3 Part 6, Paragraph E3.P6.2.3., his or her disability retired pay may be terminated. If the member later reports for the physical examination, retired pay will be resumed retroactively, to the date the examination was actually performed. If the Service member subsequently shows just cause for his or her failure to report, disability retired pay may be paid retroactively for a period not to exceed one year prior to the actual performance of the physical examination. If the member does not undergo a periodic physical examination after disability retired pay has been terminated, he or she will be administratively removed from the TDRL on the fifth anniversary of placement on the list and separated without entitlement to any of the benefits under reference Chapter 61 of 10 U.S.C. (reference (b)).

E3.P6.2.7. Priority. TDRL examinations, including hospitalization in connection with the conduct of the examination, shall be furnished on the same priority as given to active duty members.

E3.P6.2.8. Reports from Non MTFs. MTFs designated to conduct TDRL

periodic physical examinations may use reports of medical examinations from medical facilities of another Service, the DVA, other Government Agencies, and authorized civilian medical facilities and physicians to complete the examination. The designated MTF remains responsible for the adequacy of the examination and the completeness of the report. The report must include the information specified in subsection E3.P1.2.4. of Part I.

E3.P6.2.9. Incarcerated Members. A report of medical examination shall be requested from the appropriate authorities in the case of a Service member imprisoned by civil authorities. In the event no report, or an inadequate report, is received, documented efforts will be made to obtain an acceptable report. If an examination is not received, disposition of the case shall be in accordance with subsection E3.P6.6., above. The member shall be advised of the disposition and that remedy rests with the respective Service's Board for Correction of Military Records.

# E3.P7. ENCLOSURE 3 PART 7

## FINAL DISPOSITION

### E3.P7.1. Final Decision Authority

E3.P7.1.1. Secretary of Defense (or Secretary of Transportation). Under 10 U.S.C. 1216 (reference (b)), the Secretary of Defense, or in the case of the Coast Guard, the Secretary of Transportation shall approve the unfit findings on an officer in pay grade 0-7 or higher or a medical officer in any grade who, at the time of referral for physical disability evaluation, was scheduled for nondisability retirement under any provision of reference (b) for age or length of service.

E3.P7.1.2. Secretary of the Military Department. Except as provided in subsection E3.P7.1.1., above, the Secretary of the Military Department shall have delegable authority to make all determinations consistent with this Instruction regarding unfitness, disability percentage, entitlement to disability severance and retired pay.

### E3.P7.2. General Rules Regarding Disposition

E3.P7.2.1. Retirement. Except for members approved for permanent limited duty (see section E3.P7.3., below), any military member on active duty or in the Ready Reserves who is found to be unfit will be retired, if eligible for retirement, or, if not so eligible, separated. Disciplinary separation or other administrative separations from the Armed Forces are not prevented by this general rule.

E3.P7.2.1.1. Members with a disposition of separation for physical disability who have 15 but less than 20 years of service computed under Section 1208 of reference (b) and whose unfitting conditions are not due to the member's intentional misconduct or willful neglect or incurred during a period of unauthorized absence shall be afforded the opportunity to elect separation for physical disability or to apply for, and if approved, nondisability retirement under the Temporary Early Retirement Authority (TERA) under 10 U.S.C. 3911 (reference (b)) during the period of temporary special qualification authority beginning on October 23, 1993, and ending on October 1, 1999. Further, the same opportunity shall be afforded to members recommended for placement on or separation from the TDRL.

E3.P7.2.1.2. Ready Reserve members with 15 but less than 20 years of qualifying service under Section 12732 of reference (b) who are to be separated for

physical disability other than due to the member's intentional misconduct, willful failure to comply with standards and qualifications for retention, willful neglect or incurred during a period of unauthorized absence shall be afforded the opportunity to elect either separation for physical disability or early qualification for retired pay at age 60 under Section 12731a of reference (b) during the period of temporary special retirement qualification authority beginning on October 23, 1992, and ending on October 1, 1999. Further, the same opportunity shall be afforded to Ready Reserve members recommended for placement on or separation from the TDRL.

E3.P7.2.2. Fit off the TDRL. Service members determined fit as a result of TDRL reevaluation shall be processed as described below.

E3.P7.2.2.1. Appointment and/or Enlistment. Upon the Service member's request and provided he or she is otherwise eligible, the member shall be appointed or enlisted in the applicable grade and component as outlined in Section 1211 of reference (b).

E3.P7.2.2.2. Recall to Active Duty. Subject to paragraph E3.P7.2.3.3., below:

E3.P7.2.2.2.1. Regular Component Members. Subject to their consent, Regular officers and enlisted members shall be recalled to duty, provided they are otherwise eligible and were not required to be separated under law or regulation at the time they were placed on the TDRL. They shall be deemed medically qualified for those conditions on which a finding of fit was determined. Any new condition arising between DES evaluation and recall must meet the respective Service's medical standards for retention.

E3.P7.2.2.2.2. Reserve Component. Subject to their consent, Reserve component officers, warrant officers and enlisted members shall be reappointed or reenlisted as a Reserve for service in his or her Reserve component under 10 U.S.C. 1211 (reference (b)).

E3.P7.2.2.3. Separation. In accordance with Section 1210(f) of reference (b), members required to be separated or retired for nondisability reasons at the time they were referred for physical disability evaluation and placed on the TDRL shall, if determined fit, be separated or retired, as applicable.

E3.P7.2.2.4. Termination of TDRL status. Termination of TDRL status and retired pay shall be as outlined in 10 U.S.C. 1211 (reference (b)).

E3.P7.3. Continuance of Unfit Members on Active Duty or in the Ready Reserves.

When, with the recommendation of the Service component, the Secretary of the Military Department concerned determines that an unfit Service member's service obligation, skill, or experience justifies the continuance of that Service member on active duty or in active status in a permanent limited duty status, the Service member may be retained as an exception to the general policy rule in subsection B.1, above.

E3.P7.4. Transition benefits.

Active component members and Reserve component members who are on active duty are entitled to the transition benefits established by DoD Directive 1332.35 (reference (h)) when these members are being separated or retired for physical disability unless waived by DoD or prohibited by federal law.

E3.P7.5. Dispositions for Unfit Members

E3.P7.5.1. Permanent Disability Retirement. Retirement is directed under Section 1201 or 1204 of reference (b) when the member is unfit for a permanent and stable compensable physical disability under the standards of this Instruction; and

E3.P7.5.1.1. The member has at least 20 years of service computed under Section 1208 of reference (b); or

E3.P7.5.1.2. The total disability rating is at least 30 percent under the VASRD.

E3.P7.5.2. Placement on the TDRL. Retirement is directed under Section 1202 or 1205 of reference (b) when the requirements for permanent disability retirement are met except the physical disability is not permanent and stable.

E3.P7.5.3. Separation with disability severance pay

E3.P7.5.3.1. Criteria. Separation is directed under Section 1203 or 1206 of reference (b) when the member is unfit for a compensable physical disability determined under the standards of this Instruction, and the requirements listed in subparagraphs E3.P7.5.3.1.1. and E3.P7.5.3.1.2., below, are met. Stability is not a factor for this disposition.

E3.P7.5.3.1.1. The member has less than 20 years of service computed under Section 1208 of reference (b); and

E3.P7.5.3.1.2. The disability is rated at less than 30 percent, to include 0 percent.

E3.P7.5.3.2. Active Service. Under 10 U.S.C. 1212 (reference (b)), a part of a year of active service that is six months or more is counted as a whole year, and a part of a year that is less than six months is disregarded. Thus, members with less than six months of service at the effective date of their disability separation receive no disability severance pay.

E3.P7.5.3.3. Transfer to Retired Reserve. Under Section 1209 of reference (b), Ready Reserve members who have completed at least 20 qualifying years of Reserve service and who would otherwise be qualified for retirement may forfeit disability severance pay and request transfer to an Inactive Status List for the purpose of receiving nondisability retired pay at age 60. When disability severance pay is accepted, the member forfeits all rights to receive retired pay under Chapter 1223 of reference (b) at age 60. There are no provisions under reference (b) to repay disability severance pay for the purpose of receiving retired pay.

E3.P7.5.3.4. Ready Reserve Early Qualification for Retired Pay. Under 10 U.S.C. 12731 of reference (b), Reserve component members with at least 15, and less than 20, years of qualifying service and who would otherwise be qualified for retirement may waive disability disposition and request early qualification for retired pay until 1 October, 1999, unless the provisions of this statute are extended or rescinded.

E3.P7.5.4. Separation under Chapter 61 of 10 U.S.C. (Reference (b)) Without Entitlement to Benefits. Discharge is directed under Section 1207 of reference (b) when the member is unfit for a disability incurred as a result of intentional misconduct, willful neglect, or during a period of unauthorized absence.

E3.P7.5.5. Discharge Under Other Than Chapter 61 of 10 U.S.C.(Reference (b)). An unfit member is directed for discharge under other provisions of reference (b) when the member is not entitled to physical disability compensation due to the circumstances listed in paragraphs E3.P7.5.5.1.through E3.P7.5.5.4., below.

E3.P7.5.5.1. The disability existed prior to service and was not permanently aggravated by service; or

E3.P7.5.5.2. The disability was incurred while the member was in an excess leave status; or

E3.P7.5.5.3. The disability was incurred by a Reserve component member performing duty of 30 days or less, but the disability was determined not the proximate result of performing such duty; or

E3.P7.5.5.4. The medical impairment of a Ready Reserve member is nonduty-related; disqualifies the member for retention in the Reserve components; and either the member does not request referral into DES for a fitness determination or such referral results in a finding of unfit. Disposition of such members shall be under appropriate Service regulations.

If a member not entitled to physical disability compensation under Chapter 61 of reference (b) due to the circumstances listed above has six years or more, but less than 20 years of active service, immediately prior to that discharge, the member shall be entitled to separation pay as an involuntary discharge or release from active duty as prescribed by Section 1174 of reference (b), unless the Secretary concerned determines that the conditions under which the member is discharged do not warrant payment of such pay.

E3.P7.5.6. Revert With Disability Benefits. This disposition is used to return to retired status a retiree recalled to active duty who was:

E3.P7.5.6.1. Previously retired for physical disability; or,

E3.P7.5.6.2. Determined unfit during the period of recall. For members previously retired for age or years of service, the compensable percentage of disability must be 30 percent or more to receive disability benefits.

# E4. ENCLOSURE 4

## GUIDELINES REGARDING MEDICAL CONDITIONS AND PHYSICAL DEFECTS THAT ARE CAUSE FOR REFERRAL INTO THE DISABILITY EVALUATION SYSTEM

### E4.1. GENERAL

E4.1.1. This enclosure provides a listing, mainly by body system, of medical conditions and physical defects which are cause for referral into the Disability Evaluation System (DES).

E4.1.1.1. This listing is not all inclusive.

E4.1.1.2. A service member who has one or more of the listed conditions or physical defects is not automatically unfit and therefore may not qualify for separation or retirement for disability.

E4.1.2. Individual Secretaries of the Military Departments may, consistent with this Instruction, modify these guidelines to fit their particular needs. These modifications may include conditions or defects, individually or in combination that:

E4.1.2.1. Significantly interfere with the reasonable fulfillment of the purpose of the individual's employment in the Military Service;

E4.1.2.2. May seriously compromise the health or well-being of the individual if he or she were to remain in the Military Service. This may involve dependence on certain medications, appliances, severe dietary restrictions, or frequent special treatments, or a requirement for frequent clinical monitoring.

E4.1.2.3. May prejudice the best interests of the Government if the individual were to remain in the Military Service.

E4.1.3. Any condition that appears to significantly interfere with performance of duties appropriate to a service member's, office, grade, rank or rating will be considered for MEB evaluation. The MEB shall:

E4.1.3.1. Confirm the medical diagnosis(es).

E4.1.3.2. Document the Service member's current medical condition to

include treatment status and potential for medical recovery.

E4.1.3.3. Review each case based on relevant facts.

E4.1.3.4. Bolded and bracketed evaluation procedures and/or data of special importance to the assessment process shall be contained in the MEB.

E4.1.3.5. A suggested annotated format for the MEB report is at Attachment I of this Instruction.

E4.1.3.6. If optimal medical treatment has been received in accordance with service specific guidelines, refer to the PEB.

E4.2. <u>MUSCULOSKELETAL SYSTEM</u>

E4.2.1. <u>Upper Extremity</u>

E4.2.1.1. The ability to pinch, grasp, or grip is prevented by disease, residuals of disease, acute injury, or chronic residuals of acute injury to the hand or fingers.

E4.2.1.2. Amputation of a part or whole of the upper extremity.

E4.2.1.3. Recurrent dislocation (not subluxation) when not surgically correctable.

E4.2.1.4. Ranges of Joint Motion (ROM): Motion that is less than the measurements listed below. (Measurements should be validated by three (3) measurements that agree at the 5% level. The measuring instrument should be noted. Both active and passive ROM should be listed. When a normal paired extremity is present a comparison of the ROM of the normal to the impaired extremity should be included (See Plate I)).

E4.2.1.4.1. Shoulder: Flexion or abduction to at least 90 degrees.

E4.2.1.4.2. Elbow and/or Forearm: Flexion to 100 degrees or extension to 60 degrees. Pronation and/or Supination are to at least 80 degrees.

E4.2.1.4.3. Wrist: A total of at least 15 degrees flexion plus extension.

E4.2.1.4.4. Hand: The motion at each of the three finger joints, when

added together, must reach 135 degrees of active flexion or 75 degrees of active extension, in two or more fingers of the same hand. The thumb must be able to be opposed to at least two fingertips.

E4.2.2. Lower Extremity.

E4.2.2.1. Disease, residual of disease, acute injury, or residual of injury that interferes with ambulation or the wearing of military shoes and/or boots for a period in excess of 180 days.

E4.2.2.2. Any documented condition that precludes the ability to run or walk without a perceptible limp.

E4.2.2.3. Shortening of an extremity that exceeds two inches (5 cms).

E4.2.2.4. Feet: Any condition that prevents walking, running, or normal weight bearing.

E4.2.2.5. Knee: Internal derangement of the knee when there is residual instability following remedial measures such as surgery or physical therapy.

E4.2.2.6. Joint Ranges of Motion (ROM): Motion that is less than the measurements listed below. (Measurements should be validated by three (3) measurements that agree at the 5% level. The measuring instrument should be noted. Both active and passive ROM should be listed. When a normal paired extremity is present a comparison of the ROM of the normal to the impaired extremity should be included (See Plate II).)

E4.2.2.6.1. Hip: Flexion to 90 degrees, or extension to 0 degrees.

E4.2.2.6.2. Knee: Flexion to 90 degrees, or extension to 15 degrees.

E4.2.2.6.3. Ankle: Dorsiflexion to 10 degrees, or planter flexion to 10 degrees.

E4.2.3. Inflammatory Condition. Any inflammatory condition involving the bones, joints, or muscles of the extremities, that after accepted therapy, prevents the military member from performing the preponderance of duties assigned.

E4.2.4. Prosthetic Replacement. Total or partial prosthetic replacement of a major joint, i.e., hip, knee, shoulder.

E4.2.5. Muscles. Atrophy of, loss of substance of, direct injury to (or residuals thereof) one or more muscles or muscle groups that prevents satisfactory use of the upper or lower extremity. (Does not include muscular changes secondary to neurological disorders. Refer to section on the Nervous System.)

E4.2.6. Tendon and/or Ligament Transplantation: If restoration of function is not sufficient to adequately perform the preponderance of duties required.

E4.2.7. Spine

E4.2.7.1. Congenital Disorders. (e.g., Spina Bifida, Coxa Vara, Spondylolysis/Spondylolisthesis, Kyphosis, Scoliosis) When more than mild symptoms cause a deterioration in performance of required duties.

E4.2.7.2. Acquired Disorders

E4.2.7.2.1. Fractures requiring spinal cord decompression with residual neurological deficit or loss of mobility due to fusion.

E4.2.7.2.2. Spondylolysis and/or Spondylolisthesis requiring fusion with loss of mobility.

E4.2.7.2.3. Herniation of nucleus pulposus when more than mildly symptomatic, with demonstrated neurological involvement; or subsequent surgical treatment does not provide symptomatic relief sufficient for performance of duties.

E4.2.8. Skull. Significant loss of substance without prosthetic replacement, or with prosthetic replacement in the presence of significant residuals.

E4.2.9. Fibromyalgia. This condition must meet the definition as put forth by the American College of Rheumatology in 1990.

E4.3. Organs of Special Senses

E4.3.1. Eyes

E4.3.1.1. Eye Disease. Active eye disease or any progressive organic disease or degeneration, regardless of the stage of activity, that is resistant to treatment and affects the distant visual acuity or visual fields such that distant visual acuity is significantly affected or the field of vision of the better eye is less than 40

degrees. (See "Visual Acuity" below.)

E4.3.1.2. Visual Acuity. Visual acuity that cannot be corrected with ORDINARY SPECTACLE LENSES, to at least 20/40 in one eye and 20/100 in the other eye, or 20/20 in one eye and 20/400 in the other eye, or an eye has been enucleated.

E4.3.1.3. Aniseikonia. With subjective eye discomfort, neurologic symptoms, sensations of motion sickness, functional difficulties and difficulties in distinguishing forms, and not corrected by standard optical lenses.

E4.3.1.4. Binocular Diplopia. When not surgically or optically correctable, that is severe, and constant.

E4.3.1.5. Bilateral Hemianopsia. Any type that is permanent, and based on an organic defect.

E4.3.1.6. Night Blindness. Of such a degree that precludes unassisted night travel.

E4.3.1.7. Vision Fields

E4.3.1.7.1. Visual fields with bilateral concentric constriction to less than 40 degrees.

E4.3.1.7.2. Visual field in better eye is less than 40 degrees.

E4.3.2. Ears and/or Hearing

E4.3.2.1. Ears

E4.3.2.1.1. Otitis Externa, chronic, severe, requiring frequent and prolonged treatment.

E4.3.2.1.2. Mastoiditis requiring frequent and prolonged treatment; or, subsequent to mastoidectomy there is constant drainage from the mastoid cavity.

E4.3.2.1.3. Meniere's syndrome or labyrinthine disorders of sufficient severity to interfere with satisfactory performance of duties.

E4.3.2.1.4. Otitis Media, chronic, resistant to conventional therapy interfering with satisfactory performance of duties.

E4.3.2.2. Hearing

E4.3.2.2.1. Unaided hearing loss that adversely effects safe and effective performance of duty.

E4.3.2.2.2. In the assessment of hearing, when the unaided average loss in the BETTER ear is 35 Db (ANSI) or more in the normal speech range (pure tone audiometric values at the 1000, 2000, 3000, 4000 hertz) the individual will be evaluated at an audiology and speech center. Referral to an MEB will be based on the test that most accurately reflects the degree of hearing loss.

E4.3.2.2.3. Trained and experienced personnel will not be categorically disqualified if they are capable of effective performance of duty with a hearing aid. Speech discrimination test results should be included.

E4.4. SYSTEMIC DISEASES

E4.4.1. Definition. Any acute or chronic condition that affects the body as a whole (systemic) and interferes with the successful performance of duty, or requires medication for control, or needs frequent monitoring by a physician, or that requires geographic assignment limitations or requires a temporary limitation of duty exceeding 180 days, or a permanent limitation of duty that effects the whole body (systemic).

E4.4.1.1. Infectious

E4.4.1.1.1. Systemic Mycoses, e.g. Blastomycosis.

E4.4.1.1.2. Tuberculosis. Pulmonary or generalized.

E4.4.1.1.3. Leprosy.

E4.4.1.1.4. AIDS.

E4.4.1.1.5. Sexually Transmitted Diseases

E4.4.1.1.6. HIV Seropositivity

E4.4.1.2. Arthritis

E4.4.1.2.1. Rheumatoid Arthritis.

E4.4.1.2.2. Spondyloarthropathy.

E4.4.1.2.2.1. Ankylosing spondylitis.

E4.4.1.2.2.2. Reiter's Syndrome.

E4.4.1.2.2.3. Psoriatic Arthritis.

E4.4.1.2.2.4. Arthritis associated with inflammatory bowel disease.

E4.4.1.2.2.5. Whipple's disease.

E4.4.1.3. Other Systemic Diseases

E4.4.1.3.1. Amyloidosis.

E4.4.1.3.2. Sarcoidosis. Progressive, not responsive to therapy.

E4.4.1.3.3. Panniculitis. Relapsing, febrile, nodular.

E4.4.1.3.4. Myasthenia Gravis.

E4.4.1.3.5. Porphyria cutanea tarda.

E4.4.1.3.6. Systemic Lupus Erythematosus.

E4.4.1.3.7. Sjogren's Syndrome.

E4.4.1.3.8. Chronic Fatigue Syndrome.

E4.4.1.3.9. Myopathy. Inflammatory, metabolic, hereditary.

E4.4.1.3.10. Progressive systemic sclerosis.

E4.4.1.3.11. Systemic vasculitis.

E4.4.1.3.12. Hypersensitivity angiitis. Resistant to treatment and more than mildly symptomatic.

E4.4.1.3.13. Behcet's syndrome.

E4.4.1.3.14. Adult-onset Still's disease.

E4.4.1.3.15. Mixed connective tissue disease (overlapping syndromes).

E4.5. <u>RESPIRATORY SYSTEM</u>

E4.5.1. <u>Upper Airway</u>

E4.5.1.1. <u>Sinusitis</u>. Sinusitis or rhinitis (atrophic), with Suppuration. Unresponsive to conventional therapy.

E4.5.1.2. <u>Larynx</u>

E4.5.1.2.1. Obstructive edema of the glottis requiring tracheostomy.

E4.5.1.2.2. Vocal cord paralysis seriously interfering with speech or airway.

E4.5.1.2.3. Stenosis of such a degree as to cause respiratory embarrassment on moderate exertion.

E4.5.1.3. <u>Trachea</u>. Stenosis or narrowing of such a degree as to cause respiratory embarrassment on moderate exertion.

E4.5.2. <u>Lower Airway</u>. (Rating is usually based upon Pulmonary Function Tests (PFTs) measuring residual function. Tests should be validated (two of studies agreeing at the 5% level). In addition, studies before and after medication should be done).

E4.5.2.1. <u>Infection</u>

E4.5.2.1.1. Pulmonary Tuberculosis.

E4.5.2.1.1.1. If treatable but more than 15 months will be required before service member can be returned to active duty.

E4.5.2.1.1.2. Cases unresponsive to therapy.

E4.5.2.1.2. Histoplasmosis, blastomycosis, toxoplasmosis, or other mycosis not responding to accepted therapy.

E4.5.2.2. Asthma. (A clinical syndrome characterized by cough, wheeze, dyspnea and physiological evidence of reversible air flow obstruction or airway hyperreactivity that generally persists over six (6) months. Reversible air flow obstruction is defined as more than 15% increase in FEV1 following administration of an inhaled Bronchodilator. Airway hyperreactivity is defined as the exaggerated decrease in air flow induced by a standard methacholine challenge test. Chronic asthma requires the regular use of medication to allow the individual to perform the preponderance of military duties.)

E4.5.2.3. Bronchiectasis or bronchiolectasis. Cylindrical or saccular with residuals requiring repeated medical care.

E4.5.2.4. Bronchitis. Chronic, severe, recurrent unresponsive to repeated medical care.

E4.5.2.5. Atelectasis. Unresponsive to conventional therapy requiring repeated medical care.

E4.5.2.6. Pulmonary Sarcoidosis. Progressive, unresponsive to conventional therapy.

E4.5.2.7. Pneumoconiosis. Severe, with dyspnea on moderate exertion.

E4.5.2.8. Cystic disease of the lung

E4.5.2.9. Pulmonary Emphysema

E4.5.2.10. Pulmonary Fibrosis

E4.5.2.11. Residuals. Residuals of pneumothorax, hemothorax, empyema, or residuals of operative procedures on the lungs or chest wall.

E4.5.2.12. Bronchial Stenosis

E4.5.2.13. Diaphragmatic Dysfunction. Diaphragmatic dysfunction resulting in dyspnea on minimal exertion, not responsive to therapy.

E4.5.2.14. Lung Transplant.

E4.6. CARDIOVASCULAR SYSTEM

E4.6.1. Heart. (In assessing the function of the heart, various functional therapeutic classifications (FTC) may be used as standards (New York Heart Association, Canadian Cardiovascular Society, etc.). Each of the Cardiac conditions should be given an FTC.)

E4.6.1.1. Arteriosclerotic Heart Disease.

E4.6.1.1.1. Coronary Artery Disease.

E4.6.1.1.1.1. Angina Pectoris.

E4.6.1.1.1.2. Myocardial Ischemia

E4.6.1.1.1.3. Myocardial Infarction.

E4.6.1.1.1.4. Congestive Heart Failure.

E4.6.1.2. Inflammatory.

E4.6.1.2.1. Endocarditis.

E4.6.1.2.2. Pericarditis, chronic or repetitive.

E4.6.1.2.3. Rheumatic Heart Disease.

E4.6.1.2.4. Syphilitic Heart Disease.

E4.6.1.3. Cardiac Arrhythmias and/or Pacemakers. (See also pare E4.5.2.2., above)

E4.6.1.3.1. Supraventricular Arrhythmias. When life threatening or symptomatic enough to interfere with duty performance.

E4.6.1.3.2. Heart Block (second or third degree AV block) and chronic symptomatic bradyarrhythmias with poor response to conventional therapy.

E4.6.1.3.3. Ventricular Arrhythmias. When potentially life threatening or symptomatic enough to interfere with the performance of duty.

E4.6.1.3.4. Residuals of Sudden Cardiac Death Syndrome Following Successful Resuscitation.

E4.6.1.3.5. Near or recurrent syncope of cardiac origin.

E4.6.1.3.6. Permanent indwelling pacemakers or defibrillators or other permanent antitachycardia devices.

E4.6.1.4. Hypertrophic Cardiomyopathy.

E4.6.1.5. Dilated Cardiomyopathy.

E4.6.1.6. Myocardial Disease.

E4.6.1.7. Valvular Heart Disease.

E4.6.1.8. Hypertensive Cardiac Disease.

E4.6.1.9. Post Operative or other invasive procedures involving the heart, pericardium, or vascular system.

E4.6.1.9.1. Permanent Prosthetic Valve Implantation.

E4.6.1.9.2. Coronary Artery Revascularization.

E4.6.1.9.3. Coronary or Valvular Angioplasty or Plaque removal.

E4.6.1.9.4. Cardiac Arrhythmia Ablation procedures, unless free of unfitting symptoms and signs.

E4.6.1.9.5. Reconstructive Cardiovascular surgery.

E4.6.1.9.6. Cardiac Transplant.

E4.6.1.10. Any cardiovascular disorder requiring chronic drug therapy in order to prevent the occurrence of potentially fatal or severely symptomatic events that would interfere with duty performance.

E4.6.2. <u>Vascular System</u>

E4.6.2.1. <u>Arteriosclerosis Obliterans</u>. Evidence of arterial disease such as intermittent, ischemic rest pain, or gangrenous/ulcerative skin changes of a permanent nature. Involvement of one or more organs or systems, or anatomic region with symptoms of arterial insufficiency.

E4.6.2.2. <u>Major Cardiovascular Anomalies</u>.

E4.6.2.2.1. Coarctation of the Aorta.

E4.6.2.2.2. Aneurysm of any major vessel.

E4.6.2.3. Periarteritis Nodosa.

E4.6.2.4. Chronic Venous Insufficiency.

E4.6.2.5. Raynaud's Syndrome.

E4.6.2.6. Thromboangiitis Obliterans. With claudication (see E4.6.2.1., above).

E4.6.2.7. Recurrent Thrombophlebitis.

E4.6.2.8. Varicose Veins. Severe and symptomatic despite conventional therapy.

E4.6.2.9. Any vascular reconstruction.

E4.6.3. <u>Miscellaneous Conditions</u>.

E4.6.3.1. Cold Injury.

E4.6.3.1.1. Frostbite, if significant or with residuals.

E4.6.3.1.2. Trench foot.

E4.6.3.1.3. Hypothermia.

E4.6.3.2. Erythromyalgia.

E4.6.3.3. Hypertensive Cardiovascular and/or Vascular disease.

E4.6.3.3.1. Diastolic pressure consistently greater than 100mm Hg following adequate therapy; and/or,

E4.6.3.3.2. Associated changes in the brain, heart, kidney, or optic fundi.

E4.6.3.4. Neurocirculatory Syncope

E4.6.4. Anticoagulant Therapy. When chronically required.

E4.7. GASTROINTESTINAL SYSTEM

E4.7.1. General. Any organic condition of the Gastrointestinal System that prevents adequate maintenance of the service member's nutritional status, or requires significant dietary restrictions.

E4.7.2. Inflammatory and/or Infectious Conditions.

E4.7.2.1. Esophagitis.

E4.7.2.1.1. Infectious (e.g., Candidiasis).

E4.7.2.1.2. Reflux. When not responsive to therapy.

E4.7.2.1.3. Hiatal hernia. When not responsive to therapy.

E4.7.2.2. Gastritis. When not responsive to therapy.

E4.7.2.3. Hepatitis.

E4.7.2.3.1. Persistent symptoms or persistent evidence of impaired liver function.

E4.7.2.3.2. Inability to serve as a blood donor.

E4.7.2.3.3. Persistence of biochemical markers indicating chronicity.

E4.7.2.4. Pancreatitis, chronic, with residuals (such as malabsorption/glucose abnormality due to enzyme deficiency), or recurrent.

E4.7.2.5. Regional Enteritis.

E4.7.2.6. Ulcerative Colitis.

E4.7.2.7. Proctitis, significantly symptomatic.

E4.7.2.8. Intra-abdominal abscess. When unresponsive to therapy.

E4.7.2.9. Hepatic abscess. When unresponsive to therapy.

E4.7.3. <u>Obstructive Conditions</u>

E4.7.3.1. Congenital.

E4.7.3.1.1. Diverticula.

E4.7.3.1.2. Webs.

E4.7.3.1.3. Strictures.

E4.7.3.2. Acquired.

E4.7.3.2.1. Diverticula.

E4.7.3.2.2. Webs.

E4.7.3.2.3. Strictures.

E4.7.3.2.4. Peritoneal Adhesive Bands.

E4.7.4. <u>Dysfunctional Conditions</u>

E4.7.4.1. Achalasia of the Esophagus.

E4.7.4.2. Biliary Dyskinesia.

E4.7.4.3. Cirrhosis. Moderate with evidence of portal hypertension, abdominal veins and/or impaired liver function and/or significant impairment of health.

E4.7.4.4. Ulcers (Duodenal, Gastric, Intestinal) when there are complications or residuals.

E4.7.4.5. Postgastrectomy and/or Dumping Syndromes.

E4.7.4.6. Permanent Gastrostomy, Enterostomy, Ileostomy, Colostomy, Pancreatoenterostomy.

E4.7.4.7. Total Gastrectomy, Pancreatectomy

E4.7.4.8. Fecal Incontinence.

E4.7.5. Abdominal Wall Defects. Hernia, recurrent, when repair is contraindicated and the defect interferes with duty performance. This includes removal, e.g., post mastectomy reconstructive surgery.

E4.8. GENITOURINARY SYSTEM

E4.8.1. Urinary System. (There are three general dysfunctions of the urinary system: Renal Dysfunction, Voiding Dysfunction, Urinary Tract Infection. Some conditions involve a combination.)

E4.8.1.1. Renal Dysfunction. (Medical workup will include Creatinine Clearance to quantitate the degree of dysfunction.(See Table 5 of DoD Instruction 1332.39 (reference (i))

E4.8.1.1.1. Retained Renal Calculus. When resulting in recurrent symptoms, abnormal renal function, or recurrent infection and is not correctable by therapy.

E4.8.1.1.2. Cystic Kidney, when renal function is impaired or the focus of recurrent infection.

E4.8.1.1.3. Glomerulonephritis.

E4.8.1.1.4. Hydronephrosis. When not correctable.

E4.8.1.1.5. Hypoplasia of the kidney. When symptomatic (high blood pressure, frequent infections, e.g.).

E4.8.1.1.6. Chronic Nephritis.

E4.8.1.1.7. Nephrosis.

E4.8.1.1.8. Stricture of the Ureter, if clinically significant and not correctable.

E4.8.1.1.9. Residuals of Ureteral Operations, including:

E4.8.1.1.9.1. Ureterocolostomy and/or Ureterosigmoidostomy.

E4.8.1.1.9.2. Ureterocystostomy.

E4.8.1.1.9.3. Ureteroileostomy.

E4.8.1.1.9.4. Ureteroplasty.

E4.8.1.1.10. Pyeloplasty, with significant residuals.

E4.8.1.1.11. Nephrectomy. When there are complications with the remaining kidney.

E4.8.1.1.12. Nephrostomy, Pyelostomy, Ureterostomy. When there is persistent drainage.

E4.8.1.1.13. Renal Transplant.

E4.8.1.1.13.1. Recipient.

E4.8.1.1.13.2. Donor. If there is malfunction of the remaining kidney.

E4.8.1.1.14. Pyelonephritis, if chronic.

E4.8.1.2. <u>Voiding Dysfunction</u>

E4.8.1.2.1. Cystitis, when complications or residuals preclude satisfactory performance of duty.

E4.8.1.2.2. Urinary Incontinence, if unresponsive to treatment.

E4.8.1.2.3. Neurogenic Bladder.

E4.8.1.2.4. Epispadias. When there is an inability to perform required duty due to soilage or recurrent infection.

E4.8.1.2.5. Stricture of the Urethra, not amenable to treatment.

E4.8.1.2.6. Cystectomy

E4.8.1.2.7. Cystoplasty. When residual urines are greater than 50cc and/or there is refractory infection.

E4.8.1.2.8. Urethrostomy.

E4.8.1.3. Urinary Tract Infection

E4.8.1.3.1. Chronic Urethritis.

E4.8.1.3.2. Chronic Pyonephrosis/Pyelonephritis.

E4.8.1.3.3. Perirenal Abscess.

E4.8.1.3.4. Cystoplasty. When there is refractory infection.

E4.8.2. Female Genitourinary Conditions

E4.8.2.1. Dysmenorrhea. When severity is such that duty performance is affected.

E4.8.2.2. Endometriosis. When the severity is such that duty performance is affected.

E4.8.2.3. Menopausal Syndrome. When constitutional symptoms prevent duty performance.

E4.8.2.4. Chronic Pelvic Pain. When the severity is such that duty performance is affected.

E4.8.2.5. Hysterectomy. When residual complications preclude satisfactory performance of duty.

E4.8.2.6. Oophorectomy. When residual symptoms preclude satisfactory duty performance.

E4.9. HEMIC AND LYMPHATIC SYSTEMS

E4.9.1. Anemia. When symptomatic and not responsive to therapy.

E4.9.2. Hemolytic Crises. When complicated, chronic, and symptomatic.

E4.9.3. Leukopenia. When not responsive to therapy or when therapy is prolonged, or when complicated by recurrent infections.