# TAB

# D5

TABLE 1
GRADE VALUE TABLE

| A<br>Individual Finger Defect | B<br>Rated As | C<br>Grade Value |
|---|---|---|
| Amputation through distal phalanx or distal joint (except the thumb) other than negligible tip loss. | Favorable ankylosis (See VASRD, note c following code 5151) | 1 |
| Amputation through middle phalanx or distal phalanx of thumb. | Unfavorable ankylosis (See VASRD, note b following code 5151) | 2 |
| Amputation though proximal phalanx or proximal interphalangeal joint. | Amputation (See VASRD, note a following code 5151) | 3 |
| Amputation of entire digit, with amputation or resection of more than one-half of the metacarpal. | Single finger amputation with metacarpal resection (See VASRD, codes 5152-5156) | 4 |

TABLE 2
PULMONARY FUNCTION TEST VALUES[1]

| (FEV-1)<br>Forced Expiratory Volume (FEV-1)<br>(Percentage of predicted) | Rating |
|---|---|
| Chronic Obstructive Pulmonary Disease<br>(Before Bronchodilators) | |
| 50 or less | Severe |
| 55-65 | Moderate, moderately severe |
| 65-70 | Mild |
| 70 or better | Normal |
| Vital Capacity (VC)<br>(Percentage of predicted) | Rating |
| Chronic Restrictive Pulmonary Disease | |
| 50 or less | Severe |
| 55-65 | Moderate, moderately severe |
| 65-80 | Mild |
| 80 or better | Normal |

1The AMA "Guides to the Evaluation of Permanent Impairment," while differing slightly from the above values, is otherwise helpful in interpreting clinical and functional values. There are no FEV-1 Percentage or VC Percentage between 51 and 54.

TABLE 3
METHODS OF ASSESSING CARDIOVASCULAR DISABILITY

| New York Heart Association Functional Class Classification | Canadian Cardiovascular Society Functional Classification | Specific Activity Scale (Goldstein et al: Circulation 64:1227; 1981 and Science of American Medicine I: 15-16) | New York Heart Association Functional Class Classification (Revised) |
|---|---|---|---|
| I. Patient with cardiac disease, but without resulting limitations of physical activity. Ordinary physical activity does not cause undue fatigue, palpitations, dyspea, or anginal pain. | Ordinary physical activity, such as walking or climbing, does not cause angina. Angina with rapid or strenuous or prolonged exertion at work or recreation. | Patients can perform to completion any activity requiring 7 metabolic equivalent: e.g., can carry 24 lbs up eight steps, carry objects that weigh 80 lbs, do outdoor work (shovel snow or spade soil), do recreational activities (skiing, basketball, squash, handball, jog and walk 5 MPH). **(See table 3A, Approximate Metabolic Cost of Activities)** | Cardiac status uncompromised. |
| II. Patients with cardiac disease resulting in slight limitation of physical activity. They are comfortable at rest. Ordinary physical activity results in fatigue, palpitation, dyspnea, and anginal pain. | Slight limitation of ordinary activity. Walking or climbing stairs rapidly, walking uphill, walking or stair climbing after meals, in cold, in wind, or under emotional stress, or during the few hours after awakening. Walking more than two blocks and climbing more than one flight of stairs at normal pace under normal conditions. | Patient can perform completion of any activity requiring ≥ 5 metabolic equivalents, but cannot and does not perform to completion activities requiring metabolic equivalents: e.g., have sexual intercourse without stopping, garden, rake, weed, roller skate, dance, fox trot, walk at 4 MPH on level ground. **(See table 3A, Approximate Metabolic Cost of Activities).** | Cardiac status slightly compromised |
| III. Patient with cardiac disease resulting in marked limitation of physical activity. They are comfortable at rest. Less than ordinary physical activity causes fatigue, palpitation, dysnea, or anginal pain. | Marked limitation of ordinary physical activity. Walking one to two blocks on the level and climbing more than one flight in normal conditions. | Patients can perform to completion any activity requiring ≥ 2 metabolic equivalents but cannot and does not perform to completion any activities requiring ≥ 5 metabolic equivalents: e.g., shower without stopping, strip and make bed, clean windows, walk 2.5 MPH, bowl, golf, dress without stopping. **(See table 3A, Approximate Metabolic Cost of Activities)** | Cardiac status moderately compromised |

TABLE 3, continued
METHODS OF ASSESSING CARDIOVASCULAR DISABILITY, continued

| New York Heart Association Functional Class Classification | Canadian Cardiovascular Society Functional Classification | Specific Activity Scale (Goldstein et al: Circulation 64:1227; 1981 and Science of American Medicine I: 15-16) | New York Heart Association Functional Class Classification (Revised) |
|---|---|---|---|
| IV. Patients with cardiac disease resulting in inability to carry on any physical activity without discomfort. Symptoms of cardiac insufficiently or of the anginal syndrome may be present even at rest. If any physical activity is undertaken, discomfort is increased. | Inability to carry on any physical activity without discomfort -- anginal syndrome may be present at rest. | Patient cannot and does not perform to completion activities requiring ≤ 2 metabolic equivalents. Cannot carry out activities listed above (specific activity scale, Class III). **(See Table 3A, Approximate Metabolic Cost of Activities)** | Severely compromised |

NEW YORK HEART ASSOCIATION THERAPEUTIC CLASSIFICATION

| Therapeutic Classification | Revised Classification (Prognosis) |
|---|---|
| Class A -- Patients with cardiac disease whose physical activity need not be restricted. | Class I - Good |
| Class B -- Patients with cardiac disease whose ordinary physical activity need not be restricted, but who should be advised against severe or competitive physical efforts. | Class II - Good with therapy. |
| Class C -- Patients with cardiac disease whose ordinary physical activity should be moderately restricted, and whose strenuous efforts should be discontinued. | Class III - Fair with therapy. |
| Class D -- Patients with cardiac disease whose ordinary physical activity should be markedly restricted. | Class IV - Guarded despite therapy. |
| Class E -- Patients with cardiac disease who should be at complete rest, confined to bed or chair. | |

TABLE 3A

APPROXIMATE METABOLIC COST OF ACTIVITIES (Source: American Heart Association)

| Energy Expenditure | Occupational | Recreational |
|---|---|---|
| 1.5 - 2 METs [1]<br>4-7 ml O2/kg/min;<br>2-2.5 kcal/min (70 kg person) | Desk work<br>Driving an automobile [2]<br>Typing (electric)<br>Electric calculating machine operation. | Standing<br>Walking (strolling 2.6 km or 1 mph)<br>Piloting a plane [2], motorcycling [2]<br>Playing cards [2]<br>Sewing, knitting |
| 2-3 METs<br>7-11 ml O2/kg/min;<br>2.5-4 kcal/min (70 kg person) | Auto Repair<br>Radio/TV work<br>Janitorial work<br>Typing (manual)<br>Bartending | Level walking (3.25 km or 2 mph)<br>Level bicycling (8 km or 5 mph)<br>Riding lawn mowers<br>Billiards, bowling<br>Skeet [2], shuffleboard<br>Woodworking (light)<br>Driving a powerboat [2]<br>Golf (using power cart)<br>Canoeing (4 km or 2.5 mph)<br>Horseback (walk)<br>Playing various musical instruments |
| 3-4 METs<br>11-14 ml O2/kg/min;<br>4-5 kcal/min (70 kg person) | Brick laying, plastering<br>Pushing a wheelbarrow (45 kg or 100 lb load)<br>Machine assembly<br>Driving a tractor trailer in traffic<br>Welding (moderate load)<br>Cleaning windows | Walking (5 km or 3 mph)<br>Cycling (10 km or 6 mph)<br>Horseshoe pitching<br>Volleyball (6 man, competitive)<br>Golf (pulling bag cart)<br>Archery<br>Sailing (handling small boat)<br>Fly fishing (standing in waders)<br>Horseback (sitting while trotting)<br>Badminton (social doubles)<br>Pushing light power mower<br>Energetically playing various music instruments |
| 4-5 METs<br>14-18 ml O2/kg/min;<br>5-6 kcal/min (70 kg person) | Painting<br>Masonry<br>Paperhanging<br>Light carpentry | Walking (5.5 km or 3.5 mph)<br>Cycling (13 km or 8 mph)<br>Table tennis<br>Golf (carrying bag)<br>Dancing (fox trot)<br>Badminton (singles)<br>Tennis (doubles)<br>Raking leaves, hoeing<br>Various calisthenics |
| 5 - 6 METs [1]<br>18-21 ml O2/kg/min;<br>6-7 kcal/min (70 kg person) | Digging in garden<br>Shoveling light earth | Walking (6.5 km or 4 mph)<br>Cycling (16 km or 10 mph)<br>Canoeing (6.5 km or 4 mph)<br>Horseback riding (posting while trotting)<br>Stream fishing (walking in light current with waders)<br>Ice or roller skating (15 km or 9 mph) |

TABLE 3A, continued

APPROXIMATE METABOLIC COST OF ACTIVITIES (Source: American Heart Association)

| Energy Expenditure | Occupational | Recreational |
|---|---|---|
| 6-7 METs<br>21-25 ml O2/kg/min;<br>7-8 kcal/min (70 kg person) | Shoveling 10/min<br>(4.5 kg or 10 lb) | Walking (8 km or 5 mph)<br>Cycling (17.5 km or 11 mph)<br>Badminton (competitive)<br>Tennis (singles)<br>Splitting wood<br>Snow shoveling<br>Hand lawn mowing<br>Square dancing<br>Downhill skiing (light)<br>Ski Touring (4 km or 2.5 mph) (light snow)<br>Water-skiing |
| 7-8 METs<br>25-28 ml O2/kg/min;<br>8-10 kcal/min (70 kg person) | Digging ditches<br>Carrying 36.3 kg or 80 lb<br>Sawing hardwood | Jogging (8 km or 5 mph)<br>Cycling (19 km or 12 mph)<br>Horseback riding (gallop)<br>Downhill skiing (vigorous)<br>Basketball<br>Mountain climbing<br>Ice hockey<br>Canoeing (8 km or 5 mph)<br>Touch football<br>Paddleball |
| 8-9 METs<br>28-32 ml O2/kg/min;<br>10-11 kcal/min (70 kg person) | Shoveling 10/min<br>(6.4 kg or 14 lb) | Running (9 km or 5.5 mph)<br>Cycling (21 km or 13 mph)<br>Ski Touring (6.5 km or 4 mph) (loose snow)<br>Squash (social)<br>Handball (social)<br>Fencing<br>Basketball (vigorous) |
| ≥ 10 METs<br>≥ 32 ml O2/kg/min;<br>≥ 11 kcal/min (70 kg person) | Shoveling 10/min<br>(7.3 kg or 16 lb) | Running: 6 mph = 10 METs<br>7 mph = 11.5 METs<br>8 mph = 13.5 METs<br>9 mph = 15 METs<br>10 mph = 17 METs<br>Ski Touring (8 km or 5+ mph)<br>Handball (competitive)<br>Squash (competitive) |

1One MET = energy expenditure at rest equivalent to approximately 3.5 ml O2/kg body weight/minute.
2A major excess metabolic increase may occur owing to excitement, anxiety, or impatience in some of these activities. A physician must assess the patient's physiologic reactivity.

## TABLE 4
## PERIPHERAL VASCULAR DISEASE RATING

| Number of Extremities Involved | Rating of Extremities | Combined Rating |
|---|---|---|
| One | 20 | 20 |
| | 40 | 40 |
| | 60 | 60 |
| Two (not paired, arm and leg) | 20 and 20 | 20 |
| | 40 and 20 | 40 |
| | 40 and 40 | 60 |
| | 60 and 20 | 60 |
| | 60 and 40 | 80 |
| | 60 and 60 | 80 |
| Two paired (arms and/or legs) | 20 and 20 | 20 |
| | 40 and 20 | 40 |
| | 40 and 40 [1] | 50 |
| | 60 and 20 | 60 |
| | 60 and 40 [1] | 70 |
| | 60 and 60 [1] | 70 |
| Three extremities involved (paired extremities and one other) | 20 and 20 and 20 | 30 |
| | 20 and 20 and 40 | 40 |
| | 20 and 20 and 60 | 60 |
| | 40 and 20 and 20 | 40 |
| | 40 and 20 and 40 | 60 |
| | 40 and 20 and 60 | 80 |
| | 40 and 40 and 20 | 50 |
| | 40 and 40 and 40 | 70 |
| | 40 and 40 and 60 | 80 |
| | 60 and 40 and 20 | 70 |
| | 60 and 40 and 40 | 80 |
| | 60 and 40 and 60 | 90 |
| | 60 and 60 and 20 | 70 |
| | 60 and 60 and 40 | 80 |
| | 60 and 60 and 60 | 90 |

[1] Bilateral factor applied.

TABLE 4, continued
PERIPHERAL VASCULAR DISEASE RATING, continued

| Number of Extremities Involved | Rating of Extremities | Combined Rating |
|---|---|---|
| All extremities (both paired extremities) | 20 and 20, 20 and 20 | 20 |
| | 40 and 20, 20 and 20 | 40 |
| | 60 and 20, 20 and 20 | 60 |
| | 40 and 40, 20 and 20 | 50 |
| | 40 and 20, 40 and 20 | 60 |
| | 40 and 40, 40 and 20 | 70 |
| | 40 and 40, 40 and 40 | 80 |
| | 60 and 40, 40 and 40 | 90 |
| | 60 and 40, 60 and 40 | 90 |
| | 60 and 60, 40 and 40 | 90 |
| | 60 and 60, 60 and 40 | 90 |
| | 60 and 60, 60 and 60 | 90 |

## TABLE 5
## CREATININE CLEARANCE AND RENAL IMPAIRMENT

| Creatinine Clearance | Impairment |
|---|---|
| Less than 28 ml/minute | Severe (pronounced nephritis) |
| 28-52 ml/minute | Moderate (moderate nephritis) |
| 52-80 ml/minute | Mild (mild nephritis) |

## TABLE 6
## HODGKIN'S DISEASE

| Stage | (Stage A) Rating | (Stage B) Rating | Disposition (if unfit) 1 |
|---|---|---|---|
| I | 30 | 60 | TDRL |
| II | 30 | 60 | TDRL |
| III | 60 | -- | TDRL |
| III | -- | 100 | PDRL |
| IV | 100 | 100 | PDRL 2 |

1 - Fitness or unfitness is not determined, as a rule, until response to initial treatment has been assessed.
2 - TDRL may be considered as an exception when there has been a prompt, complete remission during the initial treatment phase.

## TABLE 7
## BODY SURFACE AREA MEASUREMENTS

| Body Surface | Percentage Body Surface | Area Sq Inches | Area Sq Feet |
|---|---|---|---|
| Anterior or posterior head | 3.5 | 92 | 0.64 |
| Anterior or posterior neck | 1.0 | 26 | 0.18 |
| Anterior or posterior trunk | 13.0 | 343 | 2.28 |
| Anterior or posterior arm | 2.0 | 53 | 0.37 |
| Anterior or posterior forearm | 1.5 | 40 | 0.27 |
| Valar or palmar hand and fingers | 1.25 | 33 | 0.23 |
| Buttocks | 2.5 | 66 | 0.46 |
| Genitalia | 1.0 | 26 | 0.18 |
| Anterior or posterior thigh | 4.75 | 125 | 0.87 |
| Anterior or posterior calf | 3.5 | 92 | 0.64 |
| Dorsal foot or sole, including toes | 1.75 | 46 | 0.32 |

TABLE 8
PSYCHIATRIC FUNCTIONAL IMPAIRMENT GUIDELINE SUMMARY

| | 100 Total | 70 Severe | 50 Considerable | 30 Definite | 10 Mild | 0 Remission |
|---|---|---|---|---|---|---|
| **Competence** PEB | Usually incompetent Usually incompetent | Usually competent Occasionally incompetent | Competent Competent | Competent Competent | Competent Competent | Competent Competent |
| **Signs** | Actively psychotic; totally out of contact with reality | Actively psychotic; intermittent contact with reality | Overt display of symptoms listed | Display signs/symptoms on exam | Minimal signs on probing | None |
| **Hospitalization** | Usually hospitalized Rarely with next of kin | Usually hospitalized Often with next of kin | Intermittent hospitalization | Not required | Not required | Not required |
| **Supervision** | Constant supervision/care | Required > 50% of time | Limited to none | Not required | Not required | Not required |
| **Job Stability** | Unemployable | Employable. Sheltered workshop | Extreme instability | Moderately unstable | Adequate job adjustment | Stable |
| **Social Adjustment** | Incapable of social adjustment | Minimal social adjustment | Significant social mal-adjustment | Borderline | Adequate | Satisfactory |
| **Medication** | Assume constant | Assume constant | Requires constant medication | Usually required | May require | No medication |
| **Psychotherapy** | Assume constant | Assume constant | Requires frequent psychotherapy | Usually required | May require or may need periodic monitoring of medications | Not required |
| **Harm to self/others** | Significant potential | Some potential | Low potential | Low potential | Very low potential | None |

FIGURE E2.A1.F1. (PLATE I)

## MEASUREMENT OF ANKYLOSIS AND JOINT MOTION

### Upper Extremities




PLATE I

This plate provides a standardized description of ankylosis and joint motion measurement of the upper extremities. The anatomical position is considered as 0° with two major exceptions: (1) in measuring shoulder rotation, the arm is abducted to 90° and the elbow is flexed to 90° so that the forearm reflects the midpoint (0°) between internal and external rotation of the shoulder; and (2) in measuring pronation and supination, with the arm next to the body and the elbow flexed to 90°, the forearm is in mid-position (0°) between pronation and supination when the thumb is uppermost.

FIGURE E2.A1.F2. (PLATE II)

# MEASUREMENT OF ANKYLOSIS AND JOINT MOTION

## Lower Extremities




PLATE II

This plate provides a standardized description of ankylosis and joint motion measurement of the lower extremities. The anatomical position is considered as 0°.

FIGURE E2.A1.F3. (PLATE III)

## RATING OF MULTIPLE FINGER DISABILITIES



**GRADE 1**
Amputation through the distal phalanx or distal joint (other than loss of negligible tip): rated as FAVORABLE ANKYLOSIS.

**GRADE 2**
Amputation through the middle phalanx* rated as UNFAVORABLE ANKYLOSIS (*For rating purposes, thumb has NO distal phalanx).

**GRADE 3**
Amputation through the proximal phalanx or proximal interphalangeal joint rated as AMPUTATION.

**GRADE 4**
Amputation or resection of metacarpal bones, more than one-half of the bone lost.

PLATE III

FIGURE E2.A1.F4. (PLATE IV)

*** ESTIMATION OF BODY SURFACE AREA**
**(Berkow)**




The diagram at the left provides the basic scheme for estimation of body surface area The table below is for convenient conversion to actual surface area measurement, based upon application to the average 70 kgm. man with a body surface area of 2,636 sq. in. (18.3 sq. ft.).

| Body Surface | Percent of body surface | Area: Square Inches | Area: Square Feet |
|---|---|---|---|
| Anterior or posterior head | 3.5 | 92 | 0.64 |
| Anterior or posterior neck | 1.0 | 26 | .18 |
| Anterior or posterior trunk | 13.0 | 343 | 2.38 |
| Anterior or posterior arm | 2.0 | 53 | .37 |
| Anterior or posterior forearm | 1.5 | 40 | .27 |
| Dorsal or palmar hand & fingers | 1.25 | 33 | .23 |
| Buttock | 2.5 | 66 | .46 |
| Genitalis | 1.0 | 26 | .18 |
| Anterior or posterior thigh | 4.75 | 125 | .87 |
| Anterior or posterior calf | 3.5 | 92 | .64 |
| Dorsal foot or sole, incl toes | 1.75 | 46 | .32 |

PLATE IV

# E3. ENCLOSURE 3

## ALPHABETICAL LISTING OF ANALOGOUS CODES

| DIAGNOSIS | CODE 1 | CODE 2 | CODE 3 |
|---|---|---|---|
| A-C SEPARATION | 5299 | 5003 | |
| ACHALASIA | 7299 | 7203 | |
| ACNE | 7899 | 7806 | |
| ALLERGIC RHINITIS | 6599 | 6501 | |
| ANKYLOSING SPONDYLITIS | 5099 | 5002 | |
| ANOREXIA | 9499 | 9410 | |
| ANTERTIOR COMPARTMENT SYN | 5299 | 5312 | 8723 |
| APHASIA, ORGANIC | 8099 | 9305 | |
| APHONIA, FUNCTIONAL | 9499 | 9402 | |
| APLASTIC ANEMIA | 7799 | 7700 | |
| ATOPIC DERMATITIS | 7899 | 7806 | |
| ATYPICAL DEPRESSION | 9499 | 9405 | |
| AVASCULAR NECROSIS FEMORAL HEAD | 5299 | 5255 | |
| BECHET'S SYN | 5099 | 5002 | |
| BLEPHAROSPASM | 8199 | 8103 | |
| BONE MARROW TRANSPLANT | RESI | | |
| BRIEF REACTIVE PSYCHOSIS | 9299 | 9210 | |
| BULEMIA | 9499 | 9410 | |
| CARPAL, BONE INJURY | 5299 | 5212 | |
| CARPAL, TUNNEL SYN | 5299 | 8515 | |
| CEREBELLAR DEGENERATION | 8199 | 8105 | |
| CHAROT-MARIE-TOOTH | 8099 | 8023 | |
| CHONDROMALACIA PATELLAE | 5299 | 5003 | |
| CHRONIC OBSTRUCTIVE LUNG DISEASE | 6699 | 6603 | |
| CHRONIC RENAL INSUFFICIENCY | 7599 | 7502 | |
| COLOSTOMY/ILEOSTOMY | 7399 | 7330 | |
| CONNECTIVE TISSUE DISEASE NOS | 6399 | 6350 | |
| CORONARY ARTERY STENT | 7099 | 7017 | |
| CYCLOTHIA | 9499 | 9405 | |
| DELUSIONAL DISORDER | 9299 | 9208 | |
| DEPRESSIVE DISORDER NOS | 9499 | 9405 | |
| DISSOCIATIVE DISORDER | 9499 | 9410 | |
| DUPUYTREN'S CONTRACTURE (HAND) | 5299 | 52XX | |
| DYSARTHRIA | 8299 | 8209 | |
| DYSMENORRHEA | 7699 | 7613 | |
| EOSINOPHILIC GRANULOMA (PULMONARY) | 6899 | 6600 | |
| ERYTHEMA MULTIFORME | 7899 | 7806 | |
| ESSENTIAL TREMOR | 8I99 | 8105 | |

## ALPHABETICAL LISTING OF ANALOGOUS CODES, continued

| DIAGNOSIS | CODE 1 | CODE 2 | CODE 3 |
|---|---|---|---|
| FABRY'S DISEASE | 6399 | 6350 | |
| FEVER of UNKNOWN ORIGIN | 6399 | 6350 | |
| FIBOMYALGIA | 6399 | 6354 | |
| GASTROESOPHAGEAL REFLUX | 7399 | 7346 | |
| GOODPASTURE'S SYN | 7599 | 7502 | |
| GRANUJLOMATOUS COLITIS | 7399 | 7323 | |
| GUILLAIN-BARRE SYN | 8199 | 8011 | |
| HEART TRANSPLANT <2 years | 7099 | 7531 | |
| HEART TRANSPLANT >2 years | 7099 | 7000 | |
| HEMOPHILIA | 7799 | 7705 | |
| HIDRIADENTITS | 7899 | 7806 | |
| HISTOPLASMOSIS EYE | 6099 | 6011 | |
| HORNER'S SYN | 8299 | 8207 | |
| HOST vs GRAFT REACTION | 6399 | 6350 | |
| HYPERHIDROSIS | 7899 | 7806 | |
| HYPERSOMNIA | 8199 | 8108 | |
| HYPOKALEMIC PERIODIC PARALYSIS | 7999 | 7903 | |
| IDIOPATHIC THROMBOCYTOPENIC PURPURA | 7799 | 7705 | |
| INTERNAL DERANGEMENT OF KNEE | 5299 | 5257 | |
| JOINT PAIN NOS | 5299 | 5003 | |
| LEGG-PERTHES DISEASE | 5299 | 5255 | |
| LIVER TRANSPLANT < 2 years | 7399 | 7531 | |
| LIVER TRANSPLANT > 2 years | 7399 | 7531 | 7345 |
| LOW BACK PAIN (MECH) | 5299 | 5295 | |
| LYME DISEASE | 6399 | 6350 | |
| LYMPHEDEMA | 7199 | 7121 | |
| MAJOR AFFECTIVE DISORDER | 9299 | 9207 | |
| MALIGNANT HYPERTHERMIA | 7999 | 7900 | |
| MITRAL VALVE PROLAPSE (ARRHYTHIA) | 7099 | 7015 | |
| MITRAL VALVE PROLAPSE (VALVULAR) | 7099 | 7000 | |
| MULTIPLE MYELOMA | 7799 | 7703 | |
| MYOFASCIAL PAIN SYN | 5099 | 5021 | 5003 |
| MYOTONIC DYSTROPHY | 8099 | 8023 | |
| NEAR SYNCOPAL EPISODES | 8199 | 8911 | |
| NEPHROTIC SYN | 7599 | 7502 | |
| NYCTALOPIA (NIGHT BLINDNESS) | 6099 | 6011 | |
| OSGOOD-SCHLATTER | 5299 | 5003 | |
| OSTEOCHONDRITIS DESSICANS | 5299 | 5003 | |

## ALPHABETICAL LISTING OF ANALOGOUS CODES, continued

| DIAGNOSIS | CODE 1 | CODE 2 | CODE 3 |
|---|---|---|---|
| PACEMAKER | 7099 | 7015 | |
| PANCYTOPENIA | 7799 | 7700 | |
| PANIC DISORDER WITH AGORAPHOBIA | 9499 | 9403 | |
| PANIC DISORDER WITHOUT AGORAPHORIA | 9499 | 9400 | |
| PARALYSIS LOWER EXTREMITY | 8599 | 8520 | |
| PARKINSON'S DISEASE | 8199 | 8105 | |
| PATELLOFERMORAL SYN | 5299 | 5003 | |
| PELVIC FRACTURE | 5299 | 5294 | |
| PELVIC PAIN | 7699 | 7629 | |
| PEYRONIE'S DISEASE | 7599 | 7522 | |
| PILONIDAL CYST | 7899 | 7806 | |
| PLANTAR FASCIITIS | 5399 | 5310 | |
| POST PHLEBITIC SYN | 7199 | 7121 | |
| PRESENILE DEMENTIA (ALZHEIMER'S) | 9399 | 9312 | |
| PSYCHOPHYSIOLOGICAL NERVOUS SYSTEM REACTION | 9599 | 9511 | |
| PSYCHOSIS NOS | 9299 | 9210 | |
| PULMONARY EMBOLUS | 7199 | 6603 | |
| REACTIVE AIRWAY DISEASE | 6699 | 6602 | |
| REFLEX SYMPATHETIC DYSTROPHY (ARM) | 8799 | 8713 | |
| REFLEX SYMPATHETIC DYSTROPHY (LEG) | 8799 | 8720 | |
| REGIONAL ENTERITIS (CROHN'S) | 7399 | 7328 | 7323 |
| REITER'S SYN | 5099 | 5002 | |
| RESTRICTIVE AIRWAY DISEASE | 6699 | 6603 | |
| RHABDOMYLOYSIS | 5099 | 5021 | |
| RUPTURED TENDON ACHILLES | 5399 | 5311 | |
| S/P Ca CHEMO/RAD (TUMOR REMISSION) | 6399 | 6350 | |
| SAINT VITUS DANCE | 8199 | 8105 | |
| SARCOIDOSIS (PULMONARY) | 6899 | 6802 | |
| SARCOIDOSIS (SYSTEMIC) | 6399 | 6350 | |
| SCALENUS ANTINCUS SYN | 8599 | 8513 | |
| SCHEUERMANN'S DISEASE | 5299 | 5295 | |
| SCHIZOPHRENIFORM DISORDER | 9299 | 9205 | |
| SCLEROSING CHONLANGITIS | 7399 | 7312 | |
| SCOLIOSIS | 5299 | 5295 | |
| SHOULDER IMPINGEMENT SYN | 5299 | 5003 | |
| SHOULDER SUBLUXATION | 5299 | 5003 | |
| SJOGREN'S SYN | 6399 | 6350 | |
| SLEEP APNEA (NOT OBSTRUCTIVE) | 8099 | 6603 | |
| SLEEP APNEA (OBSTRUCTIVE) | 5299 | 5295 | |

ALPHABETICAL LISTING OF ANALOGOUS CODES, continued

| DIAGNOSIS | CODE 1 | CODE 2 | CODE 3 |
|---|---|---|---|
| SOMATOFORM PAIN DISORDER | 9499 | 9402 | |
| SPONDYLOLYSIS/SPONDYLOLITHESIS | 5299 | 5295 | |
| STARGARDT'S DISEASE | 6099 | 6006 | |
| STILL'S DISEASE | 5099 | 5002 | |
| STREP FASCIITIS LOCAL | RESI | | |
| STREP FASCIITIS SYSTEMIC | 6399 | 6350 | |
| SUBLUXATION PATELLAE | 5299 | 5257 | |
| SUPERIOR VENA CAVA SYN | 7199 | 7121 | |
| SYNCOPE/SEIZURE ASSOC | 8199 | 8911 | |
| SYNCOPE NOS | 8199 | 8911 | |
| TARSAL TUNNEL SYN | 5299 | 8525 | |
| TENSION HEADACHES | 5399 | 5323 | |
| TENSION HEADACHES (PSYCHOGENIC) | 9599 | 9505 | |
| THORACIC OUTLET SYN | 8599 | 8513 | |
| TIC DOULOUREUX | 8299 | 9205 | |
| TORTICOLLIS | 8199 | 8103 | |
| TOURETTE'S SYN | 8199 | 8103 | |
| TRACHEOSTOMY | 6599 | 6520 | |
| TROPICAL SPRUE | 7399 | 7323 | |
| URINARY INCONTINENCE | 7599 | 7512 | |
| URTICARIA/COLD ALLERGY/ACUTE ALLERGY | 7199 | 7118 | |
| VASCULAR HEADACHES | 8199 | 8100 | |
| VASOVAGAL SYNCOPE | 7099 | 7015 | |
| VESTIBULOPATHY | 6299 | 6204 | |
| VON WILLEB3RAND DISEASE | 7799 | 7705 | |
| WOLFF-PARKINSON-WHITE SYN | 7099 | 7013 | |

## NUMERIC LISTING OF ANALOGOUS CODES

| DIAGNOSIS | CODE 1 | CODE 2 | CODE 3 |
|---|---|---|---|
| ANKYLOSING SPONDYLITIS | 5099 | 5002 | |
| BECHET'S SYN | 5099 | 5002 | |
| REITER'S SYN | 5099 | 5002 | |
| STILL'S DISEASE | 5099 | 5002 | |
| MYOFASCIAL PAIN SYN | 5099 | 5021 | 5003 |
| RHABDOMYLOYSIS | 5099 | 5021 | |
| A-C SEPARATION | 5299 | 5003 | |
| JOINT PAIN NOS | 5299 | 5003 | |
| CHONDROMALACIA PATELLAE | 5299 | 5003 | |
| PATELLOFERMORAL SYN | 5299 | 5003 | |
| OSGOOD-SCHLATTER | 5299 | 5003 | |
| OSTEOCHONDRITIS DESSICANS | 5299 | 5003 | |
| SHOULDER IMPINGEMENT SYN | 5299 | 5003 | |
| SHOULDER SUBLUXATION | 5299 | 5003 | |
| CARPAL, BONE INJURY | 5299 | 5212 | |
| CARPAL, TUNNEL SYN | 5299 | 8515 | |
| DUPUYTREN'S CONTRACTURE (HAND) | 5299 | 52XX | |
| AVASCULAR NECROSIS FEMORAL HEAD | 5299 | 5255 | |
| LEGG-PERTHES DISEASE | 5299 | 5255 | |
| INTERNAL DERANGEMENT OF KNEE | 5299 | 5257 | |
| SUBLUXATION PATELLAE | 5299 | 5257 | |
| PELVIC FRACTURE | 5299 | 5294 | |
| LOW BACK PAIN (MECH) | 5299 | 5295 | |
| SCHEUERMANN'S DISEASE | 5299 | 5295 | |
| SCOLIOSIS | 5299 | 5295 | |
| SLEEP APNEA (OBSTRUCTIVE) | 5299 | 5295 | |
| SPONDYLOLYSIS/SPONDYLOLITHESIS | 5299 | 5295 | |
| ANTERTIOR COMPARTMENT SYN | 5299 | 5312 | 8723 |
| TARSAL TUNNEL SYN | 5299 | 8525 | |
| PLANTAR FASCIITIS | 5399 | 5310 | |
| RUPTURED TENDON ACHILLES | 5399 | 5311 | |
| TENSION HEADACHES | 5399 | 5323 | |
| STARGARDT'S DISEASE | 6099 | 6006 | |
| HISTOPLASMOSIS EYE | 6099 | 6011 | |
| NYCTALOPIA (NIGHT BLINDNESS) | 6099 | 6011 | |
| VESTIBULOPATHY | 6299 | 6204 | |
| CONNECTIVE TISSUE DISEASE NOS | 6399 | 6350 | |
| FABRY'S DISEASE | 6399 | 6350 | |
| FEVER of UNKNOWN ORIGIN | 6399 | 6350 | |

## NUMERIC LISTING OF ANALOGOUS CODES, continued

| DIAGNOSIS | CODE 1 | CODE 2 | CODE 3 |
|---|---|---|---|
| HOST vs GRAFT REACTION | 6399 | 6350 | |
| LYME DISEASE | 6399 | 6350 | |
| S/P Ca CHEMO/RAD (TUMOR REMISSION) | 6399 | 6350 | |
| SARCOIDOSIS (SYSTEMIC) | 6399 | 6350 | |
| SJOGREN'S SYN | 6399 | 6350 | |
| STREP FASCIITIS SYSTEMIC | 6399 | 6350 | |
| FIBOMYALGIA | 6399 | 6354 | |
| ALLERGIC RHINITIS | 6599 | 6501 | |
| TRACHEOSTOMY | 6599 | 6520 | |
| REACTIVE AIRWAY DISEASE | 6699 | 6602 | |
| CHRONIC OBSTRUCTIVE LUNG DISEASE | 6699 | 6603 | |
| RESTRICTIVE AIRWAY DISEASE | 6699 | 6603 | |
| EOSINOPHILIC GRANULOMA (PULMONARY) | 6899 | 6600 | |
| SARCOIDOSIS (PULMONARY) | 6899 | 6802 | |
| MITRAL VALVE PROLAPSE (VALVULAR) | 7099 | 7000 | |
| HEART TRANSPLANT >2 years | 7099 | 7000 | |
| WOLFF-PARKINSON-WHITE SYN | 7099 | 7013 | |
| MITRAL VALVE PROLAPSE (ARRHYTHIA) | 7099 | 7015 | |
| PACEMAKER | 7099 | 7015 | |
| VASOVAGAL SYNCOPE | 7099 | 7015 | |
| CORONARY ARTERY STENT | 7099 | 7017 | |
| HEART TRANSPLANT <2 years | 7099 | 7531 | |
| PULMONARY EMBOLUS | 7199 | 6603 | |
| URTICARIA/COLD ALLERGY/ACUTE ALLERGY | 7199 | 7118 | |
| LYMPHEDEMA | 7199 | 7121 | |
| POST PHLEBITIC SYN | 7199 | 7121 | |
| SUPERIOR VENA CAVA SYN | 7199 | 7121 | |
| ACHALASIA | 7299 | 7203 | |
| SCLEROSING CHONLANGITIS | 7399 | 7312 | |
| TROPICAL SPRUE | 7399 | 7323 | |
| GRANUJLOMATOUS COLITIS | 7399 | 7323 | |
| REGIONAL ENTERITI S (CROHN'S) | 7399 | 7328 | 7323 |
| COLOSTOMY/ILEOSTOMY | 7399 | 7330 | |
| GASTROESOPHAGEAL REFLUX | 7399 | 7346 | |
| LIVER TRANSPLANT < 2 years | 7399 | 7531 | |
| LIVER TRANSPLANT > 2 years | 7399 | 7531 | 7345 |
| CHRONIC RENAL INSUFFICIENCY | 7599 | 7502 | |
| GOODPASTURE'S SYN | 7599 | 7502 | |
| NEPHROTIC SYN | 7599 | 7502 | |

## NUMERIC LISTING OF ANALOGOUS CODES, continued

| DIAGNOSIS | CODE 1 | CODE 2 | CODE 3 |
|---|---|---|---|
| URINARY INCONTINENCE | 7599 | 7512 | |
| PEYRONIE'S DISEASE | 7599 | 7522 | |
| DYSMENORRHEA | 7699 | 7613 | |
| PELVIC PAIN | 7699 | 7629 | |
| APLASTIC ANEMIA | 7799 | 7700 | |
| PANCYTOPENIA | 7799 | 7700 | |
| MULTIPLE MYELOMA | 7799 | 7703 | |
| HEMOPHILIA | 7799 | 7705 | |
| IDIOPATHIC THROMBOCYTOPENIC PURPURA | 7799 | 7705 | |
| VON WILLEBRAND DISEASE | 7799 | 7705 | |
| ACNE | 7899 | 7806 | |
| ATOPIC DERMATITIS | 7899 | 7806 | |
| ERYTHEMA MULTIFORME | 7899 | 7806 | |
| HIDRIADENTITS | 7899 | 7806 | |
| HYPERHIDROSIS | 7899 | 7806 | |
| PILONIDAL CYST | 7899 | 7806 | |
| MALIGNANT HYPERTHERMIA | 7999 | 7900 | |
| HYPOKALEMIC PERIODIC PARALYSIS | 7999 | 7903 | |
| SLEEP APNEA (NOT OBSTRUCTIVE) | 8099 | 6603 | |
| CHAROT-MARIE-TOOTH | 8099 | 8023 | |
| MYOTONIC DYSTROPHY | 8099 | 8023 | |
| APHASIA, ORGANIC | 8099 | 9305 | |
| GUILLAIN-BARRE SYN | 8199 | 8011 | |
| VASCULAR HEADACHES | 8199 | 8100 | |
| BLEPHAROSPASM | 8199 | 8103 | |
| TORTICOLLIS | 8199 | 8103 | |
| TOURETTE'S SYN | 8199 | 8103 | |
| CEREBELLAR DEGENERATION | 8199 | 8105 | |
| ESSENTIAL TREMOR | 8199 | 8105 | |
| PARKINSON'S DISEASE | 8199 | 8105 | |
| SAINT VITUS DANCE | 8199 | 8105 | |
| HYPERSOMNIA | 8199 | 8108 | |
| NEAR SYNCOPAL. EPISODES | 8199 | 8911 | |
| SYC0PE/SEIZURE ASSOC | 8199 | 8911 | |
| SYNCOPAL NOS | 8199 | 8911 | |
| HORNER'S SYN | 8299 | 8207 | |
| DYSARTHRIA | 8299 | 8209 | |
| TIC DOULOUREUX | 8299 | 9205 | |
| SCALENUS ANTINCUS SYN | 8599 | 8513 | |

## NUMERIC LISTING OF ANALOGOUS CODES, continued

| DIAGNOSIS | CODE 1 | CODE 2 | CODE 3 |
|---|---|---|---|
| THORACIC OUTLET SYN | 8599 | 8513 | |
| PARALYSIS LOWER EXTREMITY | 8599 | 8520 | |
| REFLEX SYMPATHETIC DYSTROPHY (ARM) | 8799 | 8713 | |
| REFLEX SYMPATHETIC DYSTROPHY (LEG) | 8799 | 8720 | |
| SCHIZOPHRENIFORM DISORDER | 9299 | 9205 | |
| MAJOR AFFECTIVE DISORDER | 9299 | 9207 | |
| DELUSIONAL DISORDER | 9299 | 9208 | |
| BRIEF REACTIVE PSYCHOSIS | 9299 | 9210 | |
| PSYCHOSIS NOS | 9299 | 9210 | |
| PRESENILE DEMENTIA (ALZHEIMER'S) | 9399 | 9312 | |
| PANIC DISORDER WITHOUT AGORAPHORIA | 9499 | 9400 | |
| APHONIA, FUNCTIONAL | 9499 | 9402 | |
| SOMATOFORM PAIN DISORDER | 9499 | 9402 | |
| PANIC DISORDER WITH AGORAPHOBIA | 9499 | 9403 | |
| ATYPICAL DEPRESSION | 9499 | 9405 | |
| CYCLOTHIA | 9499 | 9405 | |
| DEPRESSIVE DISORDER NOS | 9499 | 9405 | |
| ANOREXIA | 9499 | 9410 | |
| BULEMIA | 9499 | 9410 | |
| DISSOCIATIVE DISORDER | 9499 | 9410 | |
| TENSION HEADACHES (PSYCHOGENIC) | 9599 | 9505 | |
| PSYCHOPHYSIOLOGICAL NERVOUS SYSTEM REACTION | 9599 | 9511 | |
| BONE MARROW TRANSPLANT | RESI | | |
| STREP FASCIITIS LOCAL | RESI | | |

# CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of December, 2006, a true and accurate copy of Plaintiff's Appendix to Plaintiff's Opposition to Defendant's Motion to Dismiss Or, In the Alternative, Motion for Judgment Upon the Administrative Record and Plaintiff's Cross-Motion for Judgment Upon the Administrative Record was served via first class mail, postage prepaid, on the following:

Claudia Burke
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Attorney for Defendant

Elizabeth C. Billhimer