IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 06-568C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff, Daniel N. Noel, and defendant, the United States, respectfully request that the Court stay proceedings in this matter to allow for resubmission of Mr. Noel's application to the Army Board for the Correction of Military Records ("ABCMR").

In his complaint, Mr. Noel alleges that the ABCMR's denial of his application to correct military records was arbitrary and capricious. Counsel for the Department of the Army has contacted the ABCMR, and the board is willing to reconsider Mr. Noel's application. The parties have conferred and jointly request that the Court stay proceedings in this case to give the ABCMR an opportunity to reconsider Mr. Noel's application.

The parties anticipate that it will take approximately 120 days for reconsideration of this case by the ABCMR after the board receives Mr. Noel's petition for reconsideration, which may include any and all materials he deems to be appropriate. Within 30 days after final action by the ABCMR, the parties will file with the Court a copy of the decision of the ABCMR, along with a motion setting forth their respective positions as to whether this case should be dismissed or placed upon the Court's active docket.

If a stay of proceedings in this case is granted, the Court shall retain jurisdiction over this

matter during the stay, and may enter such further orders as it deems just and proper. If the Court does not grant a stay, the United States respectfully requests an additional seven days from the day of the Court's order within which to respond to Mr. Noel's motion to supplement the record.

For these reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Elizabeth C. Billhimer
ELIZABETH C. BILLHIMER
1440 New York Ave. NW
Washington, D.C. 20005
Tele: (202) 371-7206
Fax: (202) 393-5760

Attorney for Plaintiff

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-9063
Fax: (202) 307-0972

OF COUNSEL:
MAJOR REBECCA AUSPRUNG
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: (703) 696-1627
Fax: (703) 696-8126

January 22, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22d day of January 2007, a copy of the foregoing motion for stay, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke