# In the United States Court of Federal Claims

No. 06-568 C

(Filed: January 25, 2007)

```
***********************************
DANIEL N. NOEL,                   *
                                  *
                  Plaintiff,      *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
                                  *
***********************************
```

**ORDER**

On January 22, 2007, the parties filed a joint motion to stay the proceedings in this case to allow Plaintiff to resubmit his application to the Army Board for the Correction of Military Records ("ABCMR" or "Board") for reconsideration.

The Court GRANTS the parties' motion. This case is hereby STAYED indefinitely, pending the Board's reconsideration of Plaintiff's application to correct military records.

While the ABCMR's decision is pending, the parties are hereby ORDERED to file a joint status report every 90 days, from the date of this Order, informing the Court of the status of the Board's review. Additionally, the parties shall file another joint status report within 30 days after a decision has been rendered by the Board, advising the Court of the status of its review of Plaintiff's claim there and how the parties propose to proceed here.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge