IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 06-568C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated January 25, 2007, plaintiff, Daniel N. Noel, and defendant, the United States, respectfully submit this status report regarding the Court's stay pending reconsideration by the Army Board for the Correction of Military Records ("ABCMR").

On January 22, 2007, the parties notified the Court that the ABCMR is willing to reconsider Mr. Noel's application for correction of his military records. The parties further informed the Court that it will take approximately 120 days for reconsideration of this case by the ABCMR after the board receives Mr. Noel's petition for reconsideration. On January 25, 2007, the Court granted the parties motion for a stay and ordered the parties to submit a status report every 90 days informing the Court of the status of the ABCMR's review.

The ABCMR provided Mr. Noel the opportunity to submit supplemental evidence that previously had not been considered by the ABCMR. On April 25, 2007, Mr. Noel submitted his petition for reconsideration, including supplemental evidence. The parties expect that reconsideration will take approximately 120 days from April 25, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Elizabeth C. Billhimer
ELIZABETH C. BILLHIMER
1440 New York Ave. NW
Washington, D.C. 20005
Tele: (202) 371-7206
Fax: (202) 393-5760

Attorney for Plaintiff

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-9063
Fax: (202) 307-0972

OF COUNSEL:
MAJOR REBECCA AUSPRUNG
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: (703) 696-1627
Fax: (703) 696-8126

April 25, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of April 2007, a copy of the foregoing “Joint Status Report”, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke