# In the United States Court of Federal Claims

No. 06-568 C

(Filed: May 1, 2007)

| | |
|---|---|
| *********************************** | |
| **DANIEL N. NOEL,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

On April 25, 2007, the parties filed a joint status report regarding the Court's stay of this case pending reconsideration of Plaintiff's application to the Army Board for the Correction of Military Records ("ABCMR" or "Board"). The parties informed the Court in the JSR that Plaintiff submitted his petition for reconsideration, including supplemental evidence, on that same day. Additionally, the parties informed the Court that it is expected that reconsideration will take approximately 120 days from April 25, 2007.

In light of the parties' joint representation, the parties are ORDERED to file a joint status report ("JSR") on or before **July 25, 2007**, regarding the status of the Board's reconsideration (or within 30 days after the Board renders a decision, whichever is sooner). Moreover, the parties shall immediately notify the ABCMR that this Court is awaiting the Board's decision in order to proceed here (unless this has already been done). If the Board has rendered its decision at the time the parties file the JSR, the parties shall indicate, *inter alia*, how they propose to proceed in this Court.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge