IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-568C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated May 1, 2007, plaintiff, Daniel N. Noel, and defendant, the United States, respectfully submit this status report regarding the Court's stay pending reconsideration by the Army Board for the Correction of Military Records ("ABCMR").

On July 18, 2007, the ABCMR issued its opinion granting relief to Mr. Noel. The ABCMR determined that the evidence presented was sufficient to warrant amendment of the ABCMR's November 21, 2002 decision, Docket No. AR2001061062. The ABCMR recommended that all Department of Army records for Mr. Noel be corrected by:

(a) showing that the applicant's medical history reflects a diagnosis of HCL in April 1993;
(b) showing that the applicant was determined to be unfit for duty with a 30 percent disability rating;
(c) voiding the applicant's 3 August 2000 removal from the TDRL and separation from the Army with severance pay at 10 percent disability rating; and
(d) showing that the applicant was removed from the TDRL effective 3 August 2000 and permanently retired by reason of a physical disability with a 30 percent disability rating.

ABCMR Decision at 7. The ABCMR directed that the Defense Finance and Accounting Service ("DFAS") be instructed to pay Mr. Noel all due retired pay effective August 3, 2000, after

previously paid severance pay has been offset. *Id*. Moreover, the ABCMR requested that the Department of the Army take the necessary administrative action to effect the correction of Mr. Noel's records no later than November 19, 2007.

The Army is hopeful that the necessary record corrections and payment will take place prior to the end of the 2007 fiscal year. Therefore, the parties request that the Court continue the stay of this matter for an additional 60 days to allow time for the correction of Mr. Noel's records and payment by DFAS of all due retired pay, after offset, at which time the parties will submit a proposed order for dismissal of the action under RCFC 41 (a).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee /by s/ Todd M. Hughes
BRYANT G. SNEE
Deputy Director

s/ Elizabeth C. Billhimer
ELIZABETH C. BILLHIMER
1440 New York Ave. NW
Washington, D.C. 20005
Tele: (202) 371-7206
Fax: (202) 393-5760

Attorney for Plaintiff

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-9063
Fax: (202) 307-0972

OF COUNSEL:
MAJOR JOSHUA M. TOMAN
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: (703) 696-1627
Fax: (703) 696-8126

July 25, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of July 2007, a copy of the foregoing "Joint Status Report", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke