# In the United States Court of Federal Claims

No. 06-568 C

(Filed: July 30, 2007)

| | |
|---|---|
| *********************************** | |
| **DANIEL N. NOEL,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

On July 25, 2007, the parties filed a joint status report ("JSR") regarding the Court's stay of this case pending reconsideration of Plaintiff's application to the Army Board for the Correction of Military Records ("ABCMR"). The parties informed the Court in the JSR that the ABCMR, on July 18, 2007, issued an opinion granting relief to Plaintiff. The Army indicated in the JSR that it is "hopeful that the necessary record corrections and payment will take place prior to the end of the 2007 fiscal year." Accordingly, the parties jointly request that the Court continue the stay in this case "to allow time for the correction of Mr. Noel's records and payment by DFAS of all due retired pay, after offset, at which time the parties will submit a proposed order for dismissal of the action under RCFC 41(a)." In light of the foregoing, the stay in this case shall continue indefinitely. The parties are hereby ORDERED to file a JSR on or before **October 5, 2007**, regarding the status of the record corrections and of the requisite payment to Plaintiff.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge