IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-568C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated July 30, 2007, plaintiff, Daniel N. Noel, and defendant, the United States, respectfully submit this status report regarding the Court's stay to allow time for the correction of Mr. Noel's records following the Army Board for Correction of Military Records ("ABCMR") granting relief to Mr. Noel including payment of all due retired pay, after offset, by Defense Finance and Accounting Service ("DFAS").

The Army has made progress in correcting Mr. Noel's records, but the correction process is not yet complete. The Army Litigation Division prepared updated orders for Mr. Noel reflecting permanent retirement for physical disability, but the administrative processing of the Form DD215, necessary to effectuate formal correction of Mr. Noel's retirement status, is not yet complete.

DFAS also has made progress in processing payment of all due retired pay, after offset, to Mr. Noel but, the payment process is not yet complete. DFAS has activated Mr. Noel's monthly disability retirement payment from the date of the July 18, 2007 ABCMR decision, however, processing of the payment for back retirement pay, after offset, from 2000 until the date of the

ABCMR decision, is ongoing.

The Army believes that the remaining record corrections and payment, after offset, will take place in the next 60 days. Therefore, the parties request that the Court continue the stay of this matter for an additional 60 days to allow time for the correction of Mr. Noel's records and payment by DFAS of all due retired pay, after offset, at which time the parties will submit a proposed order for dismissal of the action under RCFC 41 (a).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Elizabeth C. Billhimer
ELIZABETH C. BILLHIMER
1440 New York Ave. NW
Washington, D.C. 20005
Tele: (202) 371-7206
Fax: (202) 393-5760

Attorney for Plaintiff

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-9063
Fax: (202) 307-0972

OF COUNSEL:
MAJOR JOSHUA M. TOMAN
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: (703) 696-1627
Fax: (703) 696-8126

October 3, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of October 2007, a copy of the foregoing "Joint Status Report", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke