IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-568C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated October 10, 2007, plaintiff, Daniel N. Noel, and defendant, the United States, respectfully submit this status report regarding the Court's stay to allow time for the correction of Mr. Noel's records following the Army Board for Correction of Military Records ("ABCMR") granting relief to Mr. Noel including payment of all due retired pay, after offset, by Defense Finance and Accounting Service ("DFAS").

Defense Finance and Accounting Service ("DFAS") is working to effectuate the ABCMR's decision. Specifically, DFAS is in the process of calculating the amount of back-pay due to Mr. Noel, based upon the amended retirement date, and the appropriate amount of offset for payments previously made to Mr. Noel by the Army. The parties are hopeful that these issues will be resolved by January 25, 2008.

Therefore, the parties request that the Court continue the stay of this matter for an additional 55 days to allow time for resolution of these issues, at which time the parties will submit a proposed order for dismissal of the action under RCFC 41 (a).

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee / by Franklin E. White, Jr.
BRYANT G. SNEE
Deputy Director

s/ Elizabeth C. Billhimer
ELIZABETH C. BILLHIMER
1440 New York Ave. NW
Washington, D.C. 20005
Tele: (202) 371-7206
Fax: (202) 393-5760

Attorney for Plaintiff

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-9063
Fax: (202) 307-0972

OF COUNSEL:
MAJOR JOSHUA M. TOMAN
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: (703) 696-1627
Fax: (703) 696-8126

December 4, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 4th day of December 2007, a copy of the foregoing “Joint Status Report”, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke