IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 06-568C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated December 6, 2007, plaintiff, Daniel N. Noel, and defendant, the United States, respectfully submit this status report regarding the Court's stay to allow time for the correction of Mr. Noel's records following the Army Board for Correction of Military Records ("ABCMR") granting relief to Mr. Noel including payment of all due retired pay, after offset, by Defense Finance and Accounting Service ("DFAS").

On January 23, 2008, Defense Finance and Accounting Service ("DFAS") completed calculation of the amount of back-pay due to Mr. Noel, based upon the amended retirement date, and the appropriate amount of offset for payments previously made to Mr. Noel by the Army. Moreover, the Department of the Army has taken necessary administrative action to effect the correction of Mr. Noel's records. Hence, the matter is ripe for dismissal, without prejudice to plaintiff applying for an award of attorney fees under the Equal Access to Justice Act. The parties will submit a proposed order for dismissal of the action on or before February 6, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Elizabeth C. Billhimer
ELIZABETH C. BILLHIMER
1440 New York Ave. NW
Washington, D.C. 20005
Tele: (202) 371-7206
Fax: (202) 393-5760

Attorney for Plaintiff

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-9063
Fax: (202) 307-0972

OF COUNSEL:
MAJOR JOSHUA M. TOMAN
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: (703) 696-1627
Fax: (703) 696-8126

January 25, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of January 2008, a copy of the foregoing "Joint Status Report", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke