IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL N. NOEL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 06-568C |
| v. | ) | (Judge Damich) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to United States Court of Federal Claims Rule 41(a), plaintiff and defendant hereby stipulate and agree that all of the claims in this action shall be dismissed, with prejudice. This dismissal is without prejudice to plaintiff applying for an award of attorney fees and expenses and costs under the Equal Access to Justice Act. Defendant reserves the right to challenge plaintiff's entitlement to an award under the Equal Access to Justice Act.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Elizabeth C. Billhimer
ELIZABETH C. BILLHIMER
1440 New York Ave. NW
Washington, D.C. 20005
Tele: (202) 371-7206
Fax: (202) 393-5760

Attorney for Plaintiff

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-9063
Fax: (202) 307-0972

OF COUNSEL:
MAJOR JOSHUA M. TOMAN
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: (703) 696-1627
Fax: (703) 696-8126

February 6, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 6th day of February 2008, a copy of the foregoing "Joint Stipulation of Dismissal" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke